# EXHIBIT 2
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
Plaintiff(s)/United States

       v.                                    Case No. _____

_____
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

    Please take notice that _____ has conventionally filed the following attachment or exhibit: _____
_____.

    This attachment or exhibit has not been filed electronically because:

Date:_____                /s/_____
                                                            _____
                                                            _____
                                                            _____
                                                            _____
                                                           _____
                                                           _____

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

Date:_____  /s/_____
                                                                _____
                                                                _____