**Global Business Services**

---

## Proposal for

JDE Upgrade Project

## Prepared for

**PC Connection, Inc. d/b/a Connection**

730 Milford Road

Merrimack NH 03054

August 7, 2017

Any IBM confidential information in this proposal may not be disclosed outside of Connection and may not be duplicated, used or disclosed in whole or in part for any purpose other than to evaluate the proposal, provided that if a contract is awarded to IBM as a result of or in connection with the submission of this proposal, Connection will have the right to duplicate, use or disclose the information to the extent provided by the contract. This restriction does not limit the right of Connection to use information contained in this proposal if it is contained from another source without restriction. IBM retains ownership of this proposal.

# Table of Contents

1.  **Overview and Approach** ........................................................................................................................ 4

1.1  **Overview** ........................................................................................................................................ 4

    1.2  IBM's Approach ........................................................................................................................ 5

    1.3  IBM Assets and Intellectual Capital ........................................................................................ 6

    1.4  IBM Contact Information ........................................................................................................... 6

2.  **IBM Statement of Work** ..................................................................................................................... 6

    2.1  Project Scope .......................................................................................................................... 7

        Lever 1 – Software Scope ........................................................................................................ 7

        Lever 1 – Software Scope Assumptions ................................................................................. 8

        Lever 2 – Process Scope ......................................................................................................... 8

        Lever 2 – Process Scope Assumptions ................................................................................ 11

        Lever 3 - Organization Scope ............................................................................................... 11

        Lever 4 Technical Enhancement Scope ............................................................................... 12

        Lever 4 – Technical Enhancement Scope Assumptions ...................................................... 12

        Lever 5 Technical Infrastructure Scope ................................................................................ 13

        Lever 5 – Technical Infrastructure Scope Assumptions ...................................................... 13

        Lever 6 – Interface Scope Assumptions ............................................................................... 14

        Lever 7 - Data Conversion Scope ........................................................................................ 15

        Lever 7 – Data Conversions Scope Assumptions ............................................................... 15

        Lever 8 - Reports Scope ....................................................................................................... 16

        Lever 8 – Reports Scope Assumptions ................................................................................ 17

        Lever 9 Implementation Scope ............................................................................................. 17

        Lever 9 – Implementation Scope Assumptions .................................................................... 17

    2.2  Overall Project Assumptions ................................................................................................. 18

    2.3  IBM and Connection Responsibilities ................................................................................... 19

        Ongoing Project Management ............................................................................................... 20

        Technical Architecture ........................................................................................................... 21

        Information Security Management ......................................................................................... 22

        Design Phase – Project Leadership ...................................................................................... 22

        Design Phase ......................................................................................................................... 23

        Build Phase ............................................................................................................................ 25

        Deploy Phase 1 ..................................................................................................................... 26

        Hypercare Phase 1 ............................................................................................................... 27

        Deploy Phase 2 ..................................................................................................................... 28

        Hypercare Phase 2 ............................................................................................................... 28

        Other Connection Responsibilities ....................................................................................... 29

    2.4  Deliverable Materials ............................................................................................................ 30

    2.5  Completion Criteria ............................................................................................................... 31

    2.6  Estimated Schedule .............................................................................................................. 31

    2.7  Project Organization .............................................................................................................. 32

    2.8  Charges ................................................................................................................................. 32

    2.9  Additional Terms and Conditions .......................................................................................... 35

        Termination ............................................................................................................................ 35

        Economic Monetary Union (EMU) ........................................................................................ 36

        Regulatory Services .............................................................................................................. 36

        Information Security ............................................................................................................... 36

Open Source Software ................................................................................................................. 37

3.   **Signature Acceptance**................................................................................................................. **39**

*Appendix A: Deliverable Materials*.................................................................................................... *41*

*Appendix B: Project Procedures* ....................................................................................................... *47*

*Appendix C: Information Security Table of Roles and Responsibilities* ............................................ *49*

*Appendix D: RICE Complexity Definitions*......................................................................................... *53*

*Appendix E: Extended Payment Plan - Letter of Acceptance* ........................................................... *57*

Connection and IBM Confidential

# 1.      Overview and Approach

## 1.1      Overview

IBM is pleased to present this Statement of Work for professional services to assist Connection with their strategic initiative to achieve a single instance of an enterprise-wide ERP solution.  IBM understands the objective of this transformational upgrade to be:

**Minimize potential disruption to the existing operating companies, and their ability to manage the impact to customers, including the ability to:**

- to receive orders and ship product;
- to manage the supplier relationships that enable a high rate of order fulfillment
- to manage rebates and incentive programs that drive profitability
- to invoice customers and collect cash;
- to close books and meet financial reporting requirements;
- to maintain Sarbanes-Oxley and other legal compliance obligations;

**Achieve a scalable platform for growth that**

- Allows Connection to continue to cost-effectively grow through acquisitions, without unreasonable disruption and undue risk to the existing operations
- Preserves key functionality that supports Connection's ability to bundle services and products competitively priced, manages rebates and incentive programs with suppliers and manages inventory with a high fulfillment rate.
- Manages Connection integrations to/from the JDE system and Connection ancillary systems
- Expands the use of the JDE system across all Connection businesses
- Enables common system support for key strategic enablers
- Maintains Connection's business commitment to being the value add/low cost provider
- Optimizes those business processes that support the growth of the NSP business

To assist Connection to achieve these objectives, Connection has engaged IBM.

As part of scope of work under this SOW, IBM will:

- Provide necessary and appropriate resources for project management and project execution
- Added $200K to this SOW to continue the workshops already being conducted through our current SOW dated August 30, 2016 through August 7, 2017.  The deliverable requirements from the August 30, 2016 SOW still apply.
- Document a series of additional business process and technical design workshops to solution an integrated business model that can support the concept of one integrated company
- Design and develop work flows, reports, interfaces, customization, enhancements and forms (RICE) as defined
- Lead the conversion of data
- Lead the testing of the upgraded JDE 9.2 single consolidated instance
- Develop a Production Cut-Over Plan
- Perform the tasks and activities for which IBM is the responsible party per the scope in this SOW

The project team will leverage the standard, "out of the box", functionality that the base JDE 9.2 software offers, combined with streamlined and standardized business processes whenever possible.  The team will work to reduce the number of customizations and combine and standardize functionality across Connection's business units where feasible.

Connection and IBM Confidential

Therefore, Connection and IBM will control the project scope with decisions guided by the following principles:

- Reduce risk -- Modernize and consolidate into a single JDE system
- Improve and harmonize business processes – Implement common process models while minimizing custom development as much as possible
- Drive strategic initiatives – Increase the National Solutions Provider business model
- Simplify and harmonize business models to enable shared services where appropriate
- Leverage JDE E1 tools and functionality to remove customizations where possible and appropriate
- Utilize JDE core system functionality where appropriate to eliminate "bolt-on" software
- Design decisions should remain open and flexible to allow for growth and change in business model
- Implement effective governance processes to promote quick and effective decision making
- Simplify, modernize and optimize the interface landscape across systems interacting with the various existing ERP systems.

Both parties acknowledge that the expected cost of this project is estimated at $9.2M. Both parties understand that the objective is to complete this project within this estimated timeline and budget, and both parties will use commercially reasonable efforts to do so. Any deviations will be addressed through the change management procedure.   Both parties acknowledged, based on assumptions herein, that barring any changes or unforeseen issues, the project should be completed with the estimated costs set forth in this SOW.

## 1.2    IBM's Approach

IBM will leverage the knowledge gained from the Discovery Workshop engagement with the Connection team, IBM Oracle experience gained from similar global JDE projects, and IBM professional services team.

This Statement of Work describes the scope of the project, and encompasses the following major activities:

> Ongoing Project Management
>
> Change Management and Training Strategies (See Scope Lever 3)
>
> Information Security Management
>
> Technical Architecture
>
> Design Phase
>
> Build Phase
>
> Deploy Phase 1
>
> Hypercare Phase 1
>
> Deploy Phase 2
>
> Hypercare Phase 2

Connection expects this Project to be executed in its entirety through the phases noted above and detailed within this SOW.  Tight controls and reviews will be established to ensure the project is progressing appropriately to plan.  As a result, the Project will be managed with controlled Stage Gates. IBM's approach for developing a solution is driven by an integrated methodology, well-established project management and technical delivery methods. These methods provide the framework for managing the IBM project team and helping to keep the project on track. IBM's project management methods address key management concerns and potential impacts to scope, schedule, and cost, and are designed to provide the identified Deliverable Materials. The key processes in IBM's project management methods are as follows:

Connection and IBM Confidential

Scope and change management

Project planning and tracking

Risk management

Deliverable Materials management

Configuration management

Issues and actions management

Quality management

Communications management

## 1.3   IBM Assets and Intellectual Capital

Among IBM's great strengths are the capabilities and experience of its people and teams. IBM professionals have worked on complex projects ranging from multiple systems integration, to business process reengineering, to the deployment of the newest products and technologies. IBM values this knowledge and experience. We have a process to capture, manage and leverage this intellectual capital across the globe. The result is a networked community of professionals who can create, share, and build upon knowledge across time and distance. The potential benefits include reuse of intellectual capital to shorten cycle times and leverage innovation and creativity.

## 1.4   IBM Contact Information

For additional information, please contact Connection's IBM representative:

██████████████████████████████████████████

██████████████████████████████████████████

## 2.   IBM Statement of Work

This Statement of Work describes the work to be performed by IBM under the existing IBM Customer Agreement between IBM and Connection dated January 25, 2011 and the terms and conditions contained herein (collectively the "Agreement"). Described within this SOW are the Services to be performed as part of the JDE E1 Implementation Project, which consists of the deliverable Materials to be provided by IBM, and the IBM responsibilities and related Connection responsibilities to be provided in accordance with the terms of this SOW ("Project").

Changes to this SOW will be processed in accordance with the procedure described in Appendix B-1 Project Change Control Procedure. The investigation and the implementation of changes may result in modifications to the Estimated Schedule, Charges, and other terms of this SOW and the Agreement.

The following are incorporated in and made part of this SOW:

- Appendix A – Deliverable Materials
- Appendix B – Project Change Control Procedures
- Appendix C – Information Security Table of Roles and Responsibilities
- Appendix D – RICE Complexity Definitions

To the extent there is any contradiction, inconsistency or ambiguity between the terms of this SOW and the IBM Customer Agreement, this SOW will govern.

Connection and IBM Confidential

## 2.1    Project Scope

This SOW describes the scope of the project.

IBM's approach to Connection's JDE Upgrade project will help provide the foundation necessary to assist Connection in achieving Connection's overall objectives.  One of the critical components in achieving Connection's goals will be to clearly define and control the scope of the phases and overall project. Hence IBM project scope is provided in this section. The project scope is defined using IBM's Nine Levers of Scope model, which segregates scope into the nine discrete components identified below. These levers define at a macro level the assumptions used for planning and estimating this project.  If the scope of the project changes from this Statement of Work, the change will be managed through Appendix B-1 Project Change Control Procedure.

The remainder of this section specifically defines project scope and associated key assumptions.   IBM's assumptions are divided into two sections:

- Assumptions Related to each of the Nine Levers

- Overall Project Assumptions

## Lever 1 – Software Scope

The Software Scope lever defines the software that will be implemented to support Connection's JDE Upgrade project.  Based on IBM's understanding of Connection's business and technical requirements, we identified logical groupings of JDE software or 9.2 modules by functional area.  Connection's objective and IBM's implementation philosophy are to leverage the standard capabilities of the applications and use IBM knowledge of JDE software to deliver a solution that meets Connection's needs.  We will leverage IBM's library of JDE process flows and requirements developed from other client engagements as the baseline for IBM software application design.

The following JDE software modules (and system codes) are included in the scope. Connection and IBM will work together to create a standard design predicated on these modules.

(1)    JDE EnterpriseOne 9.2 Advanced Pricing (Product Code 45)

(2)    JDE EnterpriseOne 9.2 Sales Order Management (Product Code 42)

(3)    JDE EnterpriseOne 9.2 Inventory Management (Product Code 40 & 41)

(4)    JDE EnterpriseOne 9.2 Advanced Warehouse Management (Product Code 46)

(5)    JDE EnterpriseOne 9.2 Advanced Cost Accounting (Part of Product Code 16)

(6)    JDE EnterpriseOne 9.2 Procurement (Product Code 43)

(7)    JDE EnterpriseOne 9.2 Financials (*** Following product codes only)

   *** System 09 – General Ledger

   *** System 03B – Accounts Receivable

   *** System 04 – Accounts Payable

   *** System 10 – Financial Reporting

   *** System 11 – Multi Currency

Connection and IBM Confidential

*** System 14 - Modeling, Planning and Budgeting

(8)     JDE EnterpriseOne 9.2 OneView Reporting (Part of System Tools. Product Code 98)

(9)     JDE EnterpriseOne 9.2 System Foundation (Product Code 00)

(10)   JDE EnterpriseOne 9.2 Core Tools and Infrastructure (Product Code 98)

(11)   Oracle User Productivity Kit (Oracle User Productivity Kit Professional 11.1)

Note: It is understood that Connection has specific modules on price hold with an inclusion in scope to be determined.  However, for the purpose of this proposal, the following assumptions were made:

- Configurator                              Excluded
- Supplier Self Service                     Excluded
- Service Management                        Process Design Included
- Job Costing                               Process Design Included
- Fulfillment Module                        Excluded

## Lever 1 – Software Scope Assumptions

1. Except as otherwise provided herein, Software scope does not include the implementation of any third-party applications including but not limited to forms package, imaging, workflow, taxation, transactional reporting, operational reporting, and analytics beyond what is included in the interface scope. Connection is responsible for the procurement, installation, implementation, and testing of 3rd party packages required to support in-scope processes.  The timeline, scope and resource assumptions have implied that these software packages will be available to the IBM business and system services teams per the project's work plan.

2. Any changes in legacy systems (upgrades or otherwise) which impact the design and/or interfaces during the project will be evaluated on a case by case basis and if necessary, any potential impacts will be handled through the Project Change Control process.

3. Connection's objective and IBM's implementation philosophy is to leverage the standard (vanilla) capabilities of the modules and use IBM knowledge of JD Edward's software and "leading practices" within this implementation.

4. JDE patches and point releases are considered out of scope and will be handled via Appendix B – Change Control Process as appropriate.  IBM and Connection will work together to evaluate JDE related software patches and determine if they will be applied.  If a patch application results in an overall impact to the estimated hours and/or schedule, such impact will be addressed through project change control process.

5. During the Design phase, the project team may identify additional JDE software modules or other software required to meet Connection business requirements.  Upon completion of the Design phase IBM will help re-baseline the implementation and staffing plans and any changes will be implemented leveraging the Appendix B-1 Project Change Control Procedure.

## Lever 2 – Process Scope

The Process Scope lever defines the business processes that are in scope for Connection's JDE Upgrade project.  IBM scope includes the services requirements under this lever to define the business processes that are in scope for Connection's JDE E1 Upgrade Project. The scope includes the system enabled transaction processes supported by the JDE modules. IBM will configure the application to enable the processes defined during the Prepare and Design Phases leveraging the inherent "leading practice" capabilities of each module in its "vanilla" form.

Connection and IBM Confidential

The following processes and sub processes are included in the scope of this Project :

- General Accounting: (Chart of Accounts & Org Structure)
  (1)   Journal Entries
  (2)   Account Reconciliation
  (3)   Bank Reconciliation
  (4)   General Ledger
  (5)   Allocations
  (6)   Period End Processes
  (7)   Financial Information
  (8)   Cash Management
  (9)   Multi-Currency
  (10)  Budget Administration
  (11)  G/L Inquiries
  (12)  G/L Reports
  (13)  Consolidation Reporting
  (14)  Currency Restatement Programs
  (15)  Advanced Cost Accounting
  (16)  AAI/DMAAI Maintenance
  (17)  Tax Rates and Tax Reporting
- Accounts Payable:
  (1)   Purchasing Related Vouchers
  (2)   Non-Purchasing Related Vouchers
  (3)   2 and 3 Way Match Vouchers
  (4)   Other Vouchers
  (5)   Voucher Logging
  (6)   Auto Voucher Match
  (7)   Credit Management
  (8)   Supplier Payments
  (9)   Supplier Payments Posting
  (10)  Accounts Payable Reports and Inquiries
  (11)  Close Accounts Payable
  (12)  Accounts Payable Inquiries
  (13)  Accounts Payable Reports
- Accounts Receivable:
  (1)   Accounts Receivable Invoices
  (2)   Credit and Collections Processing
  (3)   Cash Receipts
  (4)   Customer Deductions
  (5)   Accounts Receivable Drafts
  (6)   Accounts Receivable Balances
  (7)   Accounts Receivable Period End

Connection and IBM Confidential

    (8)   Accounts Receivable Inquires

    (9)   Accounts Receivable Reports

    (10)  Automatic Cash Application

    (11)  AP/AR Netting

- Procurement Management

    (1)   Purchase Order Entry

    (2)   Non-Inventory Purchase Order Entry

    (3)   Inventory Items

    (4)   Order Revisions

    (5)   Purchase Order Receipt

    (6)   Open Receipts

    (7)   Print PO Receiver

    (8)   PO Receipt

    (9)   Create and Maintain Purchase Price

    (10)  Create Supplier Price catalogs

    (11)  Material into Inventory

    (12)  Update Purchase Order Statuses

    (13)  Release Held Purchase Order

    (14)  Requisition Management

    (15)  Process Returns to supplier

- Inventory

    (1)   Lot Control

    (2)   Warehouse Management

    (3)   Inventory Management

    (4)   Physical Inventory/Cycle Counting

    (5)   Inventory Transfers

    (6)   Inventory Adjustments

- Sales

    (1)   Order Entry and Maintenance

    (2)   Fulfillment

    (3)   Picking and Shipping

    (4)   Returns Processing/RMA

    (5)   Invoice Processing

    (6)   End of Day Processing

    (7)   Sales Order Reporting

    (8)   Order Inquires

    (9)   Base Pricing

    (10)  Advanced Pricing

    (11)  Customer Revisions

    (12)  Advanced Preference Profiles

    (13)  Held Order Processing

    (14)  Backorder Processing

    (15)  Blanket Order Processing

Connection and IBM Confidential

(16)  Agreement Management
- Master Data Management
  (1)  Items
  (2)  Bills of Material Maintenance
  (3)  Customers
  (4)  Suppliers
  (5)  Employees

## Lever 2 – Process Scope Assumptions

- During the Design Phase, the Project team will help Connection create the to-be process utilizing leading industry process models and existing Connection as-is process models. This will be accomplished via process workshops for the above listed processes and sub-processes. Approximately twenty (20) sessions are planned and are expected to be completed during a three (3) month period.  The design workshops will be conducted collaboratively with both IBM and Connection staff, and can range from 1 to 5 days based on the topic.  The primary goal of these sessions will be to create standardized business processes across the Connection business units for the in scope JDE modules such that Connection business units can have the same (or substantially similar) process footprint.
- Connection's objective and IBM's implementation philosophy is to leverage the standard (vanilla) capabilities and processes of the modules and use IBM knowledge of JDE software and "leading practices" within this implementation.
- Connection will provide a single point of contact in each functional area for decision-making. It is the primary responsibility of these points of contact to be the liaison with different operating units within Connection as required to arrive at decisions. IBM Consultants will help lead design sessions with the Connection functional teams to evaluate options to help arrive at a decision according to the Design Phase Project plan, schedule, and estimated hours of effort (Time boxed approach).

## Lever 3 - Organization Scope

The Services requirements under this lever define the business units, locations and user population included in the scope of the JDE E1 Project, and the change management and training assumptions included in the scope of the JDE E1  Project.

The Connection 'Divisions' in scope are:
(1)  Business Solutions (SMB)
(2)  Public Sector (GovConnection)
(3)  Enterprise Solutions (MoreDirect)

- Connection 'Locations' in scope Merrimack, NH, Schaumburg, IL, Boca Raton, FL, and Wilmington, OH and other sales offices
- The Legal entities that will be setup within JDE EnterpriseOne 9.2 are:
  (1)  PC Connection, Inc, DBA Connection
  (2)  Business Solutions
  (3)  Public Sector Solutions
  (4)  Enterprise Solutions

- Localization

Connection and IBM Confidential

(1)   Localization is assumed to be out-of-scope from a language, laws and regulations perspective

- Change Management
  (1)   Connection and IBM will jointly complete Change Management activities by providing a resource from each organization that will be responsible for the Organization Change Activities
      (a)   Develop the Organizational Change Management Strategy for the Project
      (b)   Develop Change Management and Communications Plan for the Project
  (2)   IBM will lead Connection in the development of the strategies and communication plans then Connection will take responsibility for implementation of the strategy and communication plans with IBM guidance going forward.
  (3)   As the new solution is implemented, Connection should anticipate and plan for organizational adjustments. Connection will be responsible for evaluating and managing an organizational change plan and developing new performance measures for the organization.
  (4)   Job descriptions (a/k/a position descriptions) will be owned and completed by Connection if required.

- Training
  (1)   IBM will provide support to Connection during the JDE E1 Upgrade Project in developing a training strategy and support the execution of that strategy.
  (2)   IBM will provide UPK simulation developers to create up to 100 UPK simulations
  (3)   IBM will work with the Connection Trainers to prepare them for delivering the training.
  (4)   The "Train the trainer" method will be used to train Connection core team members and Connection trainers who will be conducting end user training.
  (5)   Connection will be responsible for all training logistics and coordination.

## Lever 4 Technical Enhancement Scope

The Technical Enhancement Scope lever defines enhancements (or extensions) to the core application software packages that are included in the scope of the project. While IBM standard approach is to design the solution to follow the "vanilla" processes of the application, enhancements and extensions to the software are sometimes necessary to meet business requirements. Standard JDE product features and tools are expected to be used to implement required functionality whenever possible to help reduce overall complexity and costs.

| Complexity | Count |
|---|---|
| Very Low | 5 |
| Low | 0 |
| Medium | 10 |
| High | 0 |

## Lever 4 – Technical Enhancement Scope Assumptions

- During Design Phase, project team may identify additional Enhancement programs required to meet Connection business requirements.  Upon completion of Design Phase IBM will help re-baseline the implementation and staffing plans and any changes will be implemented leveraging the Appendix B-1 Project Change Control Procedure

Connection and IBM Confidential

- The Technical Enhancement Design, Development, Testing and Implementation estimates are based on the enhancement counts and complexity mix provided in this section.
- With respect to Connection Legacy Application Enhancements/Extensions, Connection is responsible for:
  - (1) Defining a process for freezing legacy system development and enhancements at the defined interval to support the cutover activities.
  - (2) Providing sufficient legacy system development environments to support this project.
  - (3) Putting in place a Design Review Board process to evaluate and determine whether additional extensions/enhancements are required.
  - (4) Approving the functional and technical design specifications for all enhancements / extensions that have not been pre-approved as part of the Design Phase
- With respect to JDE EnterpriseOne 9.2 enhancements / extensions, IBM will be responsible for:
  - (5) providing remote development resources to complete the development of coded enhancements per specifications outlined in the Design Phase deliverables.
  - (6) providing a resource to manage the remote development activities, and will follow IBM's standard global development lifecycle
  - (7) helping lead testing for enhancements and extensions. Functional and technical resources are responsible for development of functional and technical design specifications as they relate to the JDE EnterpriseOne 9.2 enhancements and new development
- Functional specification documents will be developed by both IBM and Connection

## Lever 5 Technical Infrastructure Scope

The Technical Infrastructure Scope lever defines the hardware, software, and networks required to support the JDE Upgrade. This includes operating systems, databases, servers, storage, network, and the package applications.

## Lever 5 – Technical Infrastructure Scope Assumptions

- Connection will provide a JDE CNC (Configurable Network Computing) Technical Architect who will  help install the JDE technical environment.
- The Connection CNC Technical Architect will provide guidance and assistance in the design and development of the same, guiding the Project Team in "leading practice" approaches and standards while also assisting procure, install, and maintain the environments.  The Connection CNC resource will provide guidelines and knowledge transfer for the execution of Package Builds and Tools updates for JDE EnterpriseOne 9.2 release  IBM will provide an offshore CNC (such offshore CNC to be subject to the prior written approval of Connection and to be subject to such security and quality control requirements as Connection may reasonably prescribe) to provide package builds and guidance to the offshore development team.
- Connection will lead the JDE EnterpriseOne 9.2  project activities related to CNC.
- IBM will provide templates to assist Connection with the design of a role based JDE Security implementation. Connection will implement the strategy with support from the IBM offshore CNC resource.

- To support this project the following environments, at minimum, will be required: Pristine, Development, Conversion, Configuration, Testing, Training, and Production.
- The 'to-be' solution architecture is planned to be a single instance of JDE EnterpriseOne 9.2 on the current tools release, available 24 hours per day, 7 days per week, with appropriate planned service outages for normal system maintenance windows.
- Connection hardware will be an IBM Power 8 running Oracle on AIX.  The Web tier solution will be Oracle Weblogic.   Significant changes to the infrastructure will be evaluated by Connection and IBM, and if applicable, will be handled via the Change Control procedures in Appendix B-1.
- Connection will need to determine a JDE EnterpriseOne 9.2 job scheduler for all JDE job scheduling processes.  Decision needs to be made in timely manner to acquire, install, design, configure, test and deploy to production or any other environment.
- Connection will be responsible for all technical infrastructure (Hardware, Middleware, Networks and database)

## Lever 6 - Interface Scope

The Interface Scope lever defines the interfaces needed to support the integration of the systems required by the proposed solution.

The scope assumption is a total of 150 interfaces. (Total 125 plus 25 EDI)

| Complexity | Count | | |
| --- | --- | --- | --- |
| | Business Solutions/ Public Sector | Enterprise Solutions | EDI |
| Very Low | 5 | 2 | 0 |
| Low | 25 | 3 | 5 |
| Medium | 50 | 10 | 15 |
| High | 25 | 5 | 5 |

## Lever 6 – Interface Scope Assumptions

- During Design Phase, project team may identify additional Integration programs required to meet Connection business requirements.  Upon completion of Design Phase IBM will help re-baseline the implementation and staffing plans and any changes will be implemented leveraging the Appendix B-1 Project Change Control Procedure
- The Technical Interface Design, Development, Testing and Implementation estimates are based on the interface counts and complexity mix above in this section.
- IBM will provide functional knowledge for data moving in and out of the JDE EnterpriseOne 9.2 environment, and Connection will be responsible for providing expertise for data moving in and out of legacy or 3rd party systems.
- Connection is responsible for the procurement, installation, implementation, and testing of 3rd party software required to support in-scope interface processes.

Connection and IBM Confidential

- Connection will be responsible for the design, develop and testing of EDI functionality. IBM will configure, test and implement the out-of-the box JDE functionality available to support the following EDI transaction sets: 850 Inbound, 850 Outbound, 810 Inbound, 810 Outbound, 855 Outbound, 852 Outbound, 856 Inbound, 856 Outbound.

- The IBM team will support Connection in the integration of those 3rd party applications to the JDE EnterpriseOne 9.2 solution.

- Connection will provide the required business resources, infrastructure, environments and remote system access to support the interface development effort.

- IBM assumes that Connection's production environments are static at the beginning of the project, and that any changes to these or downstream systems during the upgrade will impact the project timeline, which will need to be addressed through the Project Change Control Procedure.

- Connection is responsible for providing a technical team that is staffed with the legacy system knowledge to build interfaces and perform required integration testing to meet the project timeline

- Connection is responsible for identifying the appropriate legacy systems to be integrated with the JDE system, or from which data must be extracted to load into JDE EnterpriseOne 9.2.

## Lever 7 - Data Conversion Scope

The Data Conversion Scope lever defines the conversion strategy and identifies those conversions that will be required to transition to the target environment.

| Complexity | Count |
|------------|------:|
| Very Low | 0 |
| Low | 5 |
| Med | 20 |
| High | 5 |

## Lever 7 – Data Conversions Scope Assumptions

- During Design Phase, project team may identify additional Data Conversions required to meet Connection business requirements.  Upon completion of Design Phase IBM will help re-baseline the implementation and staffing plans and any changes will be implemented leveraging the Appendix B-1 Project Change Control Procedure

- The Oracle Data Migration tools such as the tools available to convert the A/R modules (which had undergone significant table structure changes) will be leveraged for migrating data from the current JDE World environment to enable rapid access to Connection data in global Design and Build Phase. Use of such tools may require application of PTF or equivalent to the legacy World environment. Note also that other tools, such as bug tracker, data quality and profiling tools, may also be required.

- Connection will be responsible for data quality, data cleansing, validation ,determining which records should be kept, which should be eliminated, which need to be updated to accommodate new content requirements and final migration of the data to production.

Connection and IBM Confidential

- The IBM development team will create one automated conversion for each data entity in scope. This conversion program will accept a single data format/validation.  It is possible that multiple data sources can be converted using the same data conversion program.  For example, a single "employee" data conversion program can convert "employee" data from 5 legacy HR systems as long as the file format is the same.

- Data cleanup/analysis/data transformation of legacy system data and use of any ETL tool to support such activities is out of scope of these estimates.

- Connection is responsible for delivering a valid set of data to IBM for conversion. Any data that does not convert correctly, will be corrected at Connection's expense. Any delays caused by incorrect data will be addressed through Appendix B-1 Project Change Control Procedure.

- Connection subject matter experts (SMEs) and legacy system owners will be available per the project schedule to assist IBM with the development of the data conversion strategy as well as the identification of the scope and context of the data that will be converted and at what level of detail.

- For automated batch conversions coming to JDE EnterpriseOne 9.2 from Connection's legacy systems, Connection will be responsible for designing, building, and testing the programs that extract data from those systems; converting data to an electronic format usable by the JDE system; and providing data in a formatted flat file to IBM. IBM will provide Connection with the format for the converted data.

- Data not required for ongoing transaction processing, including historical data, will not be migrated to the new JDE environment. The conversion of legacy data will be limited to balances and open items.

- Connection will provide complete documentation of existing systems such that IBM can conduct an accurate assessment of the work required for data conversion.

- IBM will assist Connection to develop the data mapping between conversion and legacy system data elements and the new JDE E1 9.2 system data elements. Connection, in a way that will not adversely affect project-timing requirements, will be responsible for the data scrubbing and cleanup activities of converted data.

- Connection subject matter experts will be available per the project schedule to provide advice and counsel, answer questions, and validate that the data in the source systems is corrected whenever validation problems are encountered, which includes the completion of missing data fields and elimination of redundant data.

- Connection will provide resources per the project schedule to verify the quality and integrity of the converted data.

- Connection will be responsible for performing all manual conversions, with the guidance of IBM. Manual conversions will be utilized when IBM and Connection agree that the volume is too low to justify the cost of developing an automated conversion program.

- It is assumed that a full data conversion will be executed at the beginning of each System Integration Testing cycle to build a repeatable, predictable cutover process to be executed a final time at Go live.

## Lever 8 - Reports Scope

The Reports Scope lever defines the reporting strategy and number of custom reports included in the scope of the project. IBM's approach to addressing customer reporting requirements is to first recommend the use of standard JDE reports whenever possible.  The report scope includes 200 reports and forms.

| Complexity | Count | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Forms | | | | Reports | | | |
| | FINANCE | BUSINESS SOLUTIONS | PUBLIC SECTOR | ENTERPRISE SOLUTION | FINANCE | BUSINESS SOLUTIONS | PUBLIC SECTOR | ENTERPRISE SOLUTION |
| Very Low | 0 | 0 | 0 | 0 | 5 | 5 | 5 | 5 |
| Low | | 3 | 3 | 1 | 10 | 10 | 10 | 10 |
| Medium | 3 | 10 | 10 | 4 | 15 | 25 | 25 | 5 |
| High | 2 | 2 | 2 | 1 | 5 | 5 | 10 | 5 |

## Lever 8 – Reports Scope Assumptions

- During Prepare and Design Phases, project team may identify additional Reports and Forms required to meet Connection business requirements.  Upon completion of Design Phase IBM will help re-baseline the implementation and staffing plans and any changes will be implemented leveraging the Appendix B-1 Project Change Control Procedure
- JDE E1 OneView will be used for analytical reporting
- BI Publisher will be used for development of the "Forms" identified in this Lever
- If Connection decides that any Report or Form should be developed using a reporting tool other than JDE or BI Publisher, such changes will be implemented leveraging the Appendix B-1 Project Change Control Procedure

## Lever 9 Implementation Scope

The Services requirements under this lever define the cutover / rollout strategy and expected number of impacted sites and users. IBM will develop a rollout strategy by performing a detailed analysis of the existing business processes and legacy systems in use at each location and any planned consolidation or expansion. IBM will define a rollout approach that balances the following Connection goals:

- All sites will be implemented on one single instance of JDE EntepriseOne 9.2
- The project will include two go-live events:
    - (1)  Go-Live #1: Business Solutions (SMB) and Public Sector Solution (GOV-C)
    - (2)  Go-Live #2: Enterprise Solutions (More Direct) and Services

## Lever 9 – Implementation Scope Assumptions

- Global Blueprint will include the divisions in scope as defined in section "Lever 3 – Organization Scope"
- The implementation plan will be confirmed at the completion of Design Phase and any changes will be addressed through the Appendix B-1 Project Change Control Procedure.
- The IBM implementation team will help provide post go live support for four (4) weeks after go-live.
- Throughout the course of the project Connection support team will be actively engaged and obtain knowledge transfer from IBM and Connection core team prior to go-live and will take over the ownership of JDE production support at go-live.

Connection and IBM Confidential

## 2.2    Overall Project Assumptions

This SOW and IBM's estimates are based on assumptions expressly set forth in this SOW. Deviations that arise during the proposed project will be managed and approved only through the procedure described in Appendix B-1 Project Change Control Procedure, and may result in adjustments to the Project Scope, Estimated Schedule, Charges and other terms. These adjustments may include charges on a time and materials basis using IBM's standard rates in effect at such time for any resulting additional work or waiting time. If an assumption deviation is not resolved through Appendix B-1 Project Change Control Procedure within 30 days then the issue will be resolved in accordance with Appendix B-3 Escalation Procedure.

1. This SOW assumes an estimated project start date of August 7, 2017.  Any significant delays by Connection of the start date will impact the timeline as well as completion of the project on time and on budget.

2. Any material schedule extensions or delays due to lack  of timely decisions or resources availability on the part of Connection will be handled through the Appendix B-1 Project Change Control Procedure

3. The implementation will be performed using IBM's  JDE Upgrade Methodology. Any method adaptations not mentioned herein, or otherwise not agreed to in the Methodology Adoption Workshop during the Design Phase will be managed and approved only through the procedure described in Appendix B-1 Project Change Control Procedure.

4. Connection will make key business users available, as  reasonably needed, to take critical roles in the business analysis and solutions design process, Design Validation Workshops, User Acceptance Testing, conference room pilots, training, the data conversion process, and the production cutover process.

5. Current information systems, including platforms, applications, detaills of existing interfaces, and the applications and physical architecture are documented. In the case where this documentation is not available, knowledgeable Connection resources will be made available, as  reasonably needed, to provide this information in a timely manner.

6. IBM and Connection will each comply with applicable export and import laws and regulations, including those of the United States that prohibit or limit export for certain uses or to certain end users, and each of us will cooperate with the other by providing necessary information to the other, as needed for compliance. Each of us shall provide the other with advance written notice prior to providing the other party with access to data requiring an export license.

7. Subject to IBM's obligations set forth below, Connection acknowledges and agrees that IBM will assign global resources (e.g., non-permanent US residents used locally as well as personnel in locations worldwide) to provide the Services.  Connection also acknowledges that these resources may not be dedicated to the provision of the Services, and may not be assigned throughout the entire term of this SOW.  IBM and Connection will agree via the PCR process to any staffing changes. IBM staffing changes and any delays, costs or other expenses resulting therefrom or from the unavailability of any such resources shall be the sole responsibility of IBM.  IBM agrees that all contractors and subcontractors will be bound by the terms of this agreement.

8. The Project timeline is dependent on timely business decisions, and if applicable, the timely resolution of critical Project issues. Connection will be responsible for making timely business decisions to avoid an adverse effect on Project timelines. Connection Project Manager will be responsible for helping avoid situations in which key issues are not addressed as defined in Appendix B-3..

9. Existing system documentation required by the Project team will be made available electronically to the Project team in accordance with the Project plan. In the case where this documentation is not available, knowledgeable Connection resources will be made available to provide this information verbally in a timely manner.

10. All Project deliverables and Materials will be delivered in English (American).

11. Any changes to Connection organization (e.g., new entities, acquisitions, reorganizations, planned Projects.) that materially impact this SOW and Project will be addressed via the Project's Change Control Procedure as described in Appendix B-1.

12. IBM may use internal IBM tools and methodologies in the performance of the JDE E1 Upgrade Project. These are not Deliverable Materials and no license or ownership to them is granted to Connection except for a limited license to use under the supervision of authorized IBM employees. All copies of such tools and methodologies must be returned to IBM at the completion of the performance of the services. IBM will ensure that no tools provided by IBM will be required or necessary to support the Materials or the JDE environment post go-live unless Connection is granted on-going access and license (as appropriate) to use such tools.

13. IBM will provide an editable electronic copy of all JDE E1 Upgrade Project-related content developed during the execution of this SOW to Connection at the conclusion of the engagement in an organized format.  Connection will provide a document management tool, such as Microsoft SharePoint, to store all electronic documentation and this tool will be used by the project team throughout the duration of the engagement.

14. Any changes in legacy systems including upgrades or replacements which impact the design and/or interfaces during the Project will be evaluated on a case by case basis and if necessary, any potential impacts will be handled through the Project Change Control procedure as described in Appendix B-1.

15. A Project Governance and Steering Committee will be formed for the JDE E1 Upgrade Project including full participation by both IBM and Connection Project executives on a periodic basis as defined by Connection Project sponsor.

16. The joint IBM and Connection Project Management Office and team resources will use SharePoint to maintain all project management tools and templates.  Status reporting and tracking will be based upon the usage of IBM methodologies unless otherwise agreed to mutually between IBM and Connection

17. Work under this SOW will be performed at the Connection facilities in Merrimack, NH except for any activities which IBM and Connection reasonably determines would be best performed on IBM's or other premises. Such activities will be billable to Connection.

18. IBM will provide the Services under this SOW during normal business hours, 8:00 AM to 6:00 PM Eastern Time, Monday through Friday, except national holidays. If necessary, Connection will provide after-hours access to Connection facilities to IBM personnel. Out-of-town personnel may work hours other than those defined as normal business hours to accommodate their travel schedules.  If alternate work schedules are required, IBM and Connection will agree to those alternate schedules before execution. Any alternate work schedules shall be subject to appropriate security protocols and procedures, and any additional expense of such alternate schedules shall be the sole responsibility of IBM and shall not be billable to Connection.

19. Unless otherwise approved by Connection, IBM will not re-assign personnel to other projects; provided however that termination of employment, resignation, retirements, replacements on account of illness, family leave, disability or personal emergencies (such as grave illnesses in family) do not constitute breach of the foregoing obligations by IBM.  The cost associated with such personnel's replacement for the first two weeks of such replacement will be free of charge.

## 2.3    IBM and Connection Responsibilities

Under this SOW, IBM and Connection will undertake the activities listed in the sections below. The table of activities in each section indicates the contributions that each organization (IBM and Connection) will make towards the specific activity listed. Contribution values are listed as:

- 'R'=Responsible – indicates which organization is primarily responsible for preparing and delivering the applicable deliverables or services and will lead the team to the delivery and completion of the activity

- 'A'=Assist – indicates that the organization is actively engaged in the assisting and advising on the preparation and delivery of the activity, but is not primarily responsible.

Connection and IBM Confidential

- 'NA'= Not Applicable – indicates that the organization is not actively engaged in the preparation and delivery of the activity

Each of the parties is required to perform its obligations in the Agreement and this SOW without exception. Our respective performance is predicated upon the following responsibilities being managed and fulfilled by each party, as scheduled in the IBM Project Plan. Material delays in performance of these responsibilities may result in additional cost and/or delay of the completion of the JDE E1 Upgrade Project, and will be handled in accordance with Appendix B-1 Project Change Control Procedure.

## Ongoing Project Management

IBM and Connection will collaborate to provide ongoing Project management for the Project responsibilities in this SOW. The purpose of this activity is to provide direction and control of IBM and Connection JDE E1 Upgrade Project personnel and to provide a framework for Project planning, communications, reporting, procedural and contractual activity. In addition, the Project management is responsible for ensuring project deliverables are completed and sign offs are managed to agreed timelines and budget. The following activities are part of ongoing Project management:

| | Activity | Connection | IBM |
|---|---|---|---|
| 1 | Review the SOW and the contractual responsibilities of both parties | R | R |
| 2 | Manage Connection personnel and responsibilities for this Project | R | NA |
| 3 | Manage the IBM personnel and responsibilities for this Project | NA | R |
| 4 | Maintain internal Project communications | R | A |
| 5 | Coordinate the establishment of the Project environment | R | A |
| 6 | Serve as the interface between IBM and Connection departments participating in the Project | R | A |
| 7 | Establish documentation and procedural standards for deliverable materials | A | R |
| 8 | Prepare and maintain the Project Plan which lists the tasks, schedule, resource assignments, and milestones for the Project | A | R |
| 9 | Review Project tasks, schedules, and resource assignments and make changes or additions, as appropriate. Measure and evaluate progress against the Project Plan | A | R |
| 10 | Help resolve Project issues and Connection's deviations from the Project Plan, and escalate issues within Connection's organization, as necessary | R | A |
| 11 | Help resolve Project issues and IBM's deviations from the Project Plan, and escalate issues within the IBM organization, as necessary | A | R |
| 12 | Review the IBM standard invoice format and billing procedure to be used on the Project, with Connection Project Lead | A | R |
| 14 | Obtain and provide information, data, and decisions as defined in Appendix B-3, unless Connection and IBM agree in writing to a different response time. Review deliverable Materials submitted by IBM in accordance with Appendix B-2 Deliverable Materials Acceptance Procedure | R | A |
| 15 | Conduct regularly scheduled Project status meetings and create Project status reports | A | R |
| 16 | Prepare and submit periodic Status Reports to Connection Project Lead | R | A |
| 17 | Administer the Project Change Control Procedure as described in Appendix B-1 | A | R |

Connection and IBM Confidential

| | Activity | Connection | IBM |
|---|---|---|---|
| 18 | Maintain Project Risks and Issues.  Conduct initial risk management assessment to define potential risks, impacts, priorities and responsibility.  Manage risks throughout the engagement via periodic risk management meetings, with the intervals of these meetings to be determined jointly by IBM and Connection during the Prepare phase. | A | R |
| 19 | Coordinate and manage IBM Project Management support activities<br>a.   Track hours for IBM consultants (and IBM subcontractors)<br>b.   Track and reconcile IBM expenses<br>c.   Monitor invoices and resolve issues | NA | R |
| 20 | Develop project metrics to support status reporting | A | R |
| 21 | Resolve deviations from the estimated schedule, which may be caused by Connection | R | NA |
| 22 | Resolve deviations from the estimated schedule, which may be caused by IBM | NA | R |
| 23 | Manage project budget vs. actual vs. forecast | R | R |
| 24 | Develop RACI matrix for management of tasks across the in scope Connection organizations | R | A |

*Completion Criteria:*

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5. Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

*Deliverable Materials:*

> *A-1:*   *Weekly Status Reports*
>
> *A-2:*   *Project Plan*

## Technical Architecture

The purpose of this activity is to assist Connection Technical Architecture Team to design and deploy the underlying technology infrastructure to support the project.

| | Activity | Connection | IBM |
|---|---|---|---|
| 1 | Conduct JDE infrastructure planning | R | A |
| 2 | Conduct JDE technical overview | R | A |
| 3 | Conduct JDE environment planning | R | A |
| 4 | Conduct JDE infrastructure installation (Interim) | R | A |
| 5 | Conduct JDE infrastructure installation (Final) | R | A |
| 6 | Establish JDE environments | R | A |
| 7 | Installation of JDE software | R | A |

Connection and IBM Confidential

*Completion Criteria:*

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5. Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

*Deliverable Materials:*

> o **None**

## Information Security Management

IBM will provide ongoing Information Security Management for the activities defined in this SOW. The purpose of this activity is to provide mutually agreed upon understanding of security measures to protect information under this SOW.

This activity is composed of the following tasks:

- Perform IBM roles and responsibilities as indicated in Appendix C: Information Security Table of Roles and Responsibilities

This activity will be complete when IBM has documented the completion of the IBM roles and responsibilities as indicated in Appendix C: Information Security Table of Roles and Responsibilities.

## Design Phase – Project Leadership

The purpose of the Design Phase-Project Leadership is to mobilize the Project Team and Project Steering Committee, and, gain alignment on scope, schedule, governance, and deliverables. The purpose of this phase is also to build consensus around the implementation project direction, scope, objectives and approach. The high level architectural, technological, and configuration requirements are also determined to support the functional and information needs of the proposed system.  This phase occurs early in the Design Phase and is executed by the Project Leadership Team to preparing a working project environment for the greater project team.

| | | Activity | Connection | IBM |
|---|---|---|---|---|
| 1 | | Initial scope and requirements, and, planning and initiation | | |
| | a. | Confirm agreed upon Process and Application (Software) scope | A | R |
| | b. | Inventory and document RICE requirements | A | R |
| | c. | Confirm RICE requirements | R | A |
| | d. | Confirm project infrastructure | R | A |
| | e. | Confirm project resources | A | R |
| | f. | Conduct Method Adoption workshop to get alignment on IBM/Connection's methodology | A | R |
| | g. | Develop integrated plan | A | R |
| | h. | Conduct project kick-off | R | R |
| 2 | b. | Develop communication plan | R | A |

Connection and IBM Confidential

|   |   | Connection | IBM |
|---|---|:---:|:---:|
|   | c.   Develop Entry criteria for blueprint | A | R |
| 3 | Solution definition | | |
|   | a.   Conduct initial verification of module and sub-process scope boundaries. | A | R |
|   | b.   Develop workshop focus areas and detailed schedule based on the initial process assessment and analysis | A | R |
| 4 | Complete core Team On-Boarding | A | R |
| 5 | Establish executive sponsorship and project structure | R | A |
| 6 | Establish the joint Design Review Board | R | A |
| 7 | Perform confirmation of the approach for the 'Interim' JDE infrastructure (Sandbox) | R | A |

*Completion Criteria:*

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5.  Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

*Deliverable Materials:*

> *A-3:    PMO & Governance Framework*
>
> *A-2:    Project Plan (Updated)*
>
> *A-15:   Change Management Plan*

## Design Phase

The first element of the Design Phase is to determine high-level requirements across the Nine levers of scope and to conduct an assessment of the preliminary set of processes, software systems and gaps within those systems. This assessment includes the mapping of the gaps identified to additional systems or RICE as well as development of the high-level process and data flows between the systems. After the assessment, the JDE environment configuration, enhancements and integration to support the Connection business are developed. The business processes and the supporting organization structure are designed to help meet performance targets. IBM's approach places emphasis on critical, complex, or unique requirements. The Connection divisions listed in the organization scope will need to actively participate during this phase.

|   | Activity | Connection | IBM |
|---|---|:---:|:---:|
| 1 | Identify requirements across the Nine levers | R | A |
| 2 | Map high-level requirements to software systems (for Connection organizations within scope of this project as defined in section "Lever 3 – Organization Scope" | A | R |
| 3 | Determine the gaps in existing software systems defined within scope and map those gaps to additional systems or RICE confirm agreed upon process and application scope | A | R |
| 4 | Define application architecture | A | R |
| 5 | Design the standardized high-level process and data flows between systems which are part of the Solution Blueprint | A | R |
| 6 | Help define global master data management design, processes, and workflows for vendors, customers, and items. | A | R |
| 7 | Conduct iterative Process and Application design workshops, and, Design Validation Workshops | A | R |

Connection and IBM Confidential

| 8 | Establish the Design Review Board and implement the processes which will govern project scope changes | R | A |
|---|---|---|---|
| 9 | Perform JDE Application Security Design | A | R |
| 10 | Define the reporting approach across the reporting components (transactional / operational, analytical, government / regulatory) | R | A |
| 11 | Help create JDE EnterpriseOne 9.2 functional specifications for Forms, Interfaces, Conversions, Enhancements | A | R |
| 12 | Create functional specifications for the non-JDE EnterpriseOne 9.2 functionality required | R | NA |
| 13 | Develop Training Strategy and Approach | A | R |
| 14 | Organizational Change Management | | |
| | a.   Develop Case for Change | A | R |
| | b.   Create Change Leadership & Vision Strategy | A | R |
| | c.   Develop Adopt Method Scorecard | A | R |
| | d.   Develop Ongoing Strategy and Plan | A | R |
| | e.   Assess Hi Level Change Impacts | A | R |
| | f.   Identify and Interview project Stakeholders | A | R |
| | g.   Develop communications messaging focused on JDE objectives | R | A |
| | h.   Develop communications messaging focused on Project objectives | R | A |
| | i.   Perform Stakeholder Analysis and Stakeholder Engagement Plan | R | A |
| 15 | Perform design, configuration, and installation of the infrastructure components required for establishment of the non-production environments | R | A |
| 16 | Help develop Build and High Level Deployment Phase plan | A | R |
| 17 | Help conduct Design Phase checkpoint | A | R |
| 18 | Help finalize infrastructure environment | R | A |
| 19 | Update the IBM Services Project Cost Estimate based upon current scope and approach | A | R |
| 20 | Benefits Realization | | |
| | a.   Develop Connection metrics | R | A |
| | b.   Confirm business case | R | A |
| | Conduct stakeholder assessment | R | A |
| 21 | Organizational Readiness | A | R |
| | a.   Establish change vision and strategy | | |
| | b.   Conduct readiness assessment | | |
| | c.   Develop organizational transition strategy (with Training requirements) | | |
| | d.   Develop organizational design | | |

***Completion Criteria:***

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5.  Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

***Deliverable Materials:***

Connection and IBM Confidential

**A-4:**   ***Design Workshop Document(s)/Solution Blueprint***
**A-5:**   ***Design Phase Checkpoint***
**A-6:**   ***RICE Technical Scorecard (Reports, Interfaces, Conversions, and Enhancements)***
**A-7:**   ***Data Conversion Strategy and Approach***

## Build Phase

The purpose of this phase is to construct and validate the JDE solution according to the solution blueprint developed in the preceding phase. The result is an operational system reflecting the requirements established in the Design Phase. During this phase there are expected to be regular face-to-face and virtual reviews with representatives from all Connection divisions in scope to provide feedback on the evolution of the software configuration. Representatives from each division will also build test scripts and plan training materials during this project phase.  If Connection and IBM agree that the responsibilities of test scripting and training materials should be transitioned to IBM, this will be mutually agreed to via a  PCR.

| | Activity | Connection | IBM |
|---|---|---|---|
| 1 | RICE (Reports, Interfaces, Conversions, Enhancements) and JDE Application Build | | |
| | a.   Complete technical specifications for RICE objects | A | R |
| | b.   Build RICE objects | A | R |
| | c.   Configure JDE EnterpriseOne 9.2 application | A | R |
| | d.   Define and perform technical unit tests | A | R |
| | e.   Define and perform functional unit tests | R | A |
| 2 | Application and Integration Testing | | |
| | a.   Develop application test plan | A | R |
| | b.   Develop integration test plan | A | R |
| | c.   Develop system performance test plan | A | R |
| | d.   Identify and develop test scripts | R | A |
| | e.   Prepare JDE test environment | A | R |
| | f.   Prepare non-JDE test environments | R | A |
| | g.   Lead data migration cut-over | A | R |
| | h.   Conduct technical unit testing | A | R |
| | i.   Conduct functional unit testing | A | R |
| | j.   Validate functional testing | R | NA |
| | k.   Conduct integration testing | R | A |
| | l.   Compile test results and report | A | R |
| 3 | End User Training Development | | |
| | a.   Develop UPK simulations | A | R |
| | b.   Develop training materials | R | A |
| | c.   Conduct 'Train the trainers' | R | A |
| 4 | Change Management Planning | | |
| | a.   Develop Change Management plan | A | R |
| | b.   Develop acceptance plan | A | R |

Connection and IBM Confidential

| | Activity | Connection | IBM |
|---|---|---|---|
| 5 | Maintain a technical scorecard to track the status of RICE items. | A | R |
| 6 | Manage changes to existing legacy systems in relation to the Project work plan, including application configuration, enhancements, report development and testing and conversion development and testing | R | NA |
| 7 | Define the process for freezing legacy system development and enhancements at the defined interval to support the cutover activities | R | NA |
| 8 | Provide sufficient legacy system development environments to support this Project. | R | NA |
| 9 | Approve the functional and technical design specifications for the Reports, Interfaces, Conversions, Enhancements and Forms | R | A |
| 10 | Review and approve training documentation prior to training events | R | NA |
| 11 | Monitor open issues/bug log and drive resolution of all critical issues/bugs | A | R |
| 12 | Prepare Cutover Plan documents | A | R |
| 13 | Perform data cleansing before conversions, and, reconcile and validate converted data | R | NA |
| 14 | Conduct Build Phase Checkpoint | A | R |
| 15 | Help Develop Post go-live support model | R | A |

*Completion Criteria:*

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5.  Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

*Deliverable Materials:*

> *A-6:* **RICE Technical Scorecard (Updated)**
>
> *A-8:* **System Integration Test Plan**
>
> *A-10:* **Issues and Defect Resolution Log (updated)**
>
> *A-11:* **Entry/Exit Criteria Document**

## Deploy Phase 1

The purpose of this phase is to execute the cut-over process for the business solution defined, developed and tested in the preceding phases. This phase commences with the User Acceptance Testing (UAT), and is followed by the various go-live preparatory activities that include end-user training, go-live readiness assessment and the mobilization of the businesses. This phase is concluded with the final cut-over to production.

| | Activity | Connection | IBM |
|---|---|---|---|
| 1 | Identify Business Tasks for Go live | R | A |
| 2 | Verify acceptance testing | R | A |
| 3 | Arrange logistics required for training and for all facilities, printing required materials to support training efforts as well | R | NA |
| 4 | Perform end user training | R | NA |
| 5 | Prepare Entry Criteria for System Testing and Go Live Readiness Document for final Production cutover | A | R |
| 6 | Signoff on user acceptance testing | R | A |
| 7 | Complete external communications (e.g. customers, vendors, tax authorities, banks). | R | NA |

| | Activity | Connection | IBM |
|---|---|---|---|
| 8 | Rollout of the solution | R | A |
| 9 | Complete data cleansing, determining which records should be kept, which should be eliminated and which need to be updated to accommodate new content requirements | R | NA |
| 10 | Support various Connection locations with added on-site support | R | A |
| 11 | Perform minimum 2 cut-over trial runs as either part of the Deploy Phase or within the Integrated System Test process of Build Phase | A | R |
| 12 | Update the IBM Services Project Cost Estimate based upon current scope and approach | A | R |

*Completion Criteria:*

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5.  Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

*Deliverable Materials:*

> *A-9:* **System and Integration Test (SIT) Results**
>
> *A-10:* **Issue and Defect Resolution Log (Updated)**
>
> *A-11:* **Entry/Exit Criteria Scorecard (per SIT Iteration)**
>
> *A-12:* **Cutover Plan**
>
> *A-13:* **Go Live Readiness Assessment Document**
>
> *A-14:* **Hyper Care Plan**

Note: Contingency plan is addressed as part of the Go-Live Readiness Document.

## Hypercare Phase 1

The Hypercare Phase includes post go-live support, bringing the new operating environment to steady state, and preparing the hand-off to the businesses.  This phase commences immediately after the go-live.

| | Activity | Connection | IBM |
|---|---|---|---|
| 1 | Provide post Go Live ongoing support | R | A |
| 2 | Identify, Track, and Correct Issues | R | A |
| 3 | Complete transition checklist | A | R |
| 4 | Develop Project Closure Report | A | R |

*Completion Criteria:*

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5.  Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

*Deliverable Materials:*

> *A-16:* **Closure Report**

## Deploy Phase 2

The purpose of this phase is to execute the cut-over process for the business solution defined, developed and tested in the preceding phases. This phase commences with the User Acceptance Testing (UAT), and is followed by the various go-live preparatory activities that include end-user training, go-live readiness assessment and the mobilization of the businesses. This phase is concluded with the final cut-over to production.

|   | Activity | Connection | IBM |
|---|----------|------------|-----|
| 1 | Identify the business tasks for go live | R | A |
| 2 | Verify acceptance testing | R | A |
| 3 | Arrange logistics required for training and for all facilities, printing required materials to support training efforts as well | R | NA |
| 4 | Perform end user training | R | NA |
| 5 | Prepare Go-Live Criteria | A | R |
| 6 | Signoff on user acceptance testing | R | A |
| 7 | Complete external communications (e.g. customers, vendors, tax authorities, banks). | R | NA |
| 8 | Rollout of the solution | R | A |
| 9 | Complete data cleansing, determining which records should be kept, which should be eliminated and which need to be updated to accommodate new content requirements | R | NA |
| 10 | Support various Connection locations with added on-site support | R | A |
| 11 | Perform minimum 2 cut-over trial runs as either part of the Deploy Phase or within the Integrated System Test process of Build Phase | A | R |
| 12 | Update the IBM Services Project Cost Estimate based upon current scope and approach | A | R |

*Completion Criteria:*

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5.  Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

*Deliverable Materials:*

> **A-9:    System and Integration Test (SIT) Results**
>
> **A-10:   Issue and Defect Resolution Log (Updated)**
>
> **A-11:   Entry/Exit Criteria Scorecard (per SIT Iteration)**
>
> **A-12:   Cutover Plan**
>
> **A-13:   Go Live Readiness Assessment Document**
>
> **A-14:   Hyper Care Plan**

## Hypercare Phase 2

The Hypercare Phase 2 includes post go-live support, bringing the new operating environment to steady state, and preparing the hand-off to the businesses.  This phase commences immediately after the go-live.

Connection and IBM Confidential

| | Activity | Connection | IBM |
|---|---|---|---|
| 1 | Provide post Go Live ongoing support | R | A |
| 2 | Identify, Track, and Correct Issues | R | A |
| 3 | Complete transition checklist | A | R |
| 4 | Develop Project Closure Report | A | R |

**Completion Criteria:**

This activity will occur throughout the Project and be completed when the project is completed as described in Section 2.5  Each Deliverable Material, as defined in Appendix A - Deliverable Materials and in section 2.4, will be reviewed and accepted in accordance with the Deliverable Materials Acceptance Procedure defined in Appendix B.

**Deliverable Materials:**

**A-16: Closure Report**

## Other Connection Responsibilities

The responsibilities listed in this section are in addition to those responsibilities specified in the Agreement, and are to be provided at no charge to IBM. Connection is required to perform its obligations in the Agreement and this SOW.

1.  Prior to the start of this project, Connection will designate a person called the Connection Project Manager who will be the focal point for IBM communications relative to this project and will have the authority to act on behalf of Connection in all matters regarding this project. The Connection Project Manager's responsibilities include the following:

    (1)  Manage Connection personnel and responsibilities for this project

    (2)  Serve as the interface between IBM and all Connection departments participating in the project

    (3)  Administer the Project Change Control Procedure with the IBM Project Manager

    (4)  Participate in project status meetings

    (5)  Obtain and provide information, data, and decisions within five working days of IBM's request unless Connection and IBM agree in writing to a different response time. Review deliverable Materials submitted by IBM in accordance with Appendix B-2 Deliverable Materials Acceptance Procedure

    (6)  Help resolve project issues and Connection's deviations from the estimated schedule, and escalate issues within Connection's organization, as necessary

    (7)  Review with the IBM Project Manager any Connection invoice or billing requirements.

2.  Provide IBM and its personnel with suitable office space, and other accommodations and facilities that IBM may reasonably require to perform the Services, in particular supplies, work area, computer facilities, telephone/fax communications, high speed internet connectivity and other facilities for up to 15 IBM personnel while working on the project.  The IBM project team will be located in an area which has accessibility to Connection's subject matter experts and technical personnel (either in person, over the phone, or electronically in a timeline manner) and all necessary security badges and clearance will be provided for access to this area. Lockable drawers will be provided to IBM personnel in accordance with Connection security procedures. Connection will be responsible for ensuring that it has appropriate backup, security and virus-checking procedures in place for any computer facilities Connection provides or which may be affected by the Services.  IBM will return all such Connection property at the end of the project.

3.   Ensure that Connection's staff is available to provide such assistance as IBM reasonably requires and that IBM is given reasonable access to Connection senior management, as well as any members of its staff to enable IBM to provide the Services. If any Connection staff fails to perform as required, Connection will make suitable additional or alternative staff available.

4.   Provide all information and materials reasonably required to enable IBM to provide the Services. Connection agrees that all information disclosed or to be disclosed to IBM is and will be true, accurate in all material respects and not misleading in any material respect to the best of its knowledge . IBM will not be responsible for any loss, damage, delay, or deficiency arising from inaccurate, incomplete, or otherwise defective information or materials supplied by Connection or their representative;

5.   Provide an orientation for all IBM employees with regard to safety, applicable policies, and logistics as part of the standard onboarding processes agreed to between Connection and IBM. All IBM staff shall at all times comply with all of Connection's security and safety policies procedures and protocols as may be in effect from time to time.

6.   Reserved7.        Ensure Connection has appropriate agreements in place with third parties to enable IBM to perform the Services under this SOW, where Connection is using or providing IBM with third party information, support or materials for a project including but not limited to, where Connection is employing other suppliers whose work may affect IBM's ability to provide the Services. Unless specifically agreed to otherwise in writing, Connection will be responsible for the management of the third parties and the quality of their input and work.

8.   Reserved9.        Obtain any necessary consents and take any other actions required by applicable laws, including but not limited to data privacy laws, prior to disclosing any of its employee information or other personal information or data to IBM.  Connection also agrees that with respect to data that is transferred or hosted outside of the United States (excluding any transfers related to services provided by IBM offshore resources which shall be the sole responsibility of IBM), Connection is responsible for ensuring that all such data transmitted outside of the United States adheres to the laws and regulations governing such data;

10.  Before making available to IBM any facilities, software, hardware or other resources in connection with IBM's performance of Services, obtain any licenses or approvals related to these resources that may be necessary for IBM to use such facilities, software, hardware or other resources.

11.  Be responsible for the content of any database, the selection and implementation of controls on its access and use, backup and recovery and the security of the stored data.

12.  Perform Connection roles and responsibilities as indicated in Appendix C: Information Security Table of Roles and Responsibilities

13.  Be responsible for the identification of, interpretation of, and compliance with, any applicable laws, regulations, and statutes that affect Connection's existing systems, applications, programs, or data to which IBM will have access during the Services, including applicable data privacy, export, import laws and regulations, and product safety and regulatory compliance for non-IBM products including those recommended by IBM. Connection is solely responsible for obtaining advice of competent legal counsel as to the identification and interpretation of any relevant laws, rules and regulations that may affect Connection's business and any actions Connection may need to take to comply with such laws. IBM makes no representations or warranties with respect to product safety or regulatory compliance of non-IBM products.

## 2.4    Deliverable Materials

IBM will deliver one copy of each of the Deliverable Materials.

All Deliverable Materials and Services are subject to the indemnity obligations (and carve outs) as set forth in Section 1.6 of the IBM Customer Agreement.

The content of each Deliverable Material is described in Appendix A - Deliverable Materials

Connection and IBM Confidential

All Deliverables will be considered Type III Materials. Type III Materials are those, created during the project, which Connection will own (including ownership of copyright). No license is granted to IBM with respect to Type III Materials. However, both parties are free to use any general ideas, concepts, know-how, or techniques which are either provided by the other or jointly developed by both parties under this SOW.  Both parties are free to enter into similar agreements with others and to develop and provide Materials or Services which are similar to those provide under this Agreement. Notwithstanding the foregoing, IBM shall retain all rights to all pre-existing Materials that are within Type III Materials, subject to the license grant in Section 13 of the IBM Representations, Warranties and Covenants Section of this SOW.

## 2.5   Completion Criteria

IBM will have fulfilled its obligations under this SOW when any one of the following first occurs:

- IBM satisfies the Completion Criteria set forth in Section 2.3 IBM Responsibilities and delivers the items described in Appendix A:  Deliverable Materials and performs all Services required under this SOW to the satisfaction of Connection; or

- IBM provides the number of hours of Services specified in Section 2.7 Estimated Schedule Charges or in any approved Project Change Request.

## 2.6   Estimated Schedule

The Services in this SOW are estimated to be performed by IBM in a period estimated at 17 months from the agreed upon estimated start date as stated in Section 3: Signature Acceptance.  Workshops currently in progress will be extended through September 30, 2017.



## 2.7    Project Organization

The following organization chart illustrates the proposed IBM/Connection team structure:



## 2.8    Charges

The Services will be conducted on a time and material basis subject to the other provisions set forth herein.

The estimated professional services charges and expenses billed to Connection for this SOW (exclusive of applicable taxes and reimbursable expenses) shall under no circumstances, except for changes approved by the parties via the Project's Change Control Procedure as described in Appendix B-1, exceed the sum of $9,291,890.

| Roles | |
|---|---|
| Delivery Partner | |
| Documentation Analyst | |
| Organizational Change Management / Project Manager | |
| Financial Consultant | |
| Sales Order Management Consultant | |
| Inventory/Warehousing Consultant | |
| Service / Contracts / Warranties Consultant | |
| Procurement Consultant | |
| Rebates / Pricing Consultant | |
| Testing Lead | |
| CNC Support - Offshore | |
| Development / Conversion Lead | |
| Integration Lead | |
| On-Site Developer | |
| Offshore Project Management | |
| Offshore Technical SME | |
| Offshore Developers - Senior | |
| Offshore Developers | |
| Offshore Develoeprs - Junior | |
| Offshore Functional Consultants | |
| Total | |

IBM will invoice Connection monthly for actual Services hours worked, applicable taxes, travel and living expenses, and other reasonable expenses incurred in connection with the Services.  Payment is due as set forth in the Extended Payment Plan ("EPP") provisions below.

Payment may be made electronically to an account specified by IBM or by other means agreed to by the parties.

Extended Payment PlanFunding Conditions.

IBM agrees to offer these extended payment terms for the charges invoiced hereunder provided that:

(1)    for each invoice issued under this SOW, IBM receives a letter of acceptance, in the form attached hereto as Exhibit 1 to this SOW ("Letter of Acceptance") indicating unconditional acceptance of the Services, signed by Client;

(2)    neither this SOW nor these EPP terms have been terminated or expired for any reason, nor has notice to terminate this SOW or this EPP been given by either Party;

(3)    no Event of Default (as defined below) has occurred,

(4)    IBM receives the Letter of Acceptance on or before the earlier of (i) 25 days after the invoice date or such later date provided by IBM as the validity date on the Letter of Acceptance ("Validity Date"), and (ii) the date the EPP terms expire or are terminated, and

For each invoice where all of the above conditions are satisfied, these EPP terms will govern the invoiced charges ("EPP Charges").

If any of the above conditions are not satisfied by the Validity Date, then the charges for such invoice shall be payable immediately, unless otherwise agreed in writing by IBM.

d.    Extended Payments:

Each EPP Charge shall be payable in two equal installments on the first day of the Third and Ninth month, respectively, following the date the Letter of Acceptance is signed by Client.

Connection and IBM Confidential

IBM agrees to finance the EPP Charges and allow Client to pay for the EPP Charges on an extended payment schedule over time as specified in the Letter of Acceptance. In consideration for Client being able to pay for EPP Charges over time, Client agrees that its obligation to pay the EPP Charges is absolute and unconditional and shall be made in full when payable notwithstanding any right it may have to withhold, dispute, or set-off against any charges due, or assert any counterclaims of any kind. Under no circumstances (including performance disputes, claims against IBM or any early termination rights that may be provided to Client in this SOW or the Agreement) will Client adjust or reduce any EPP Charges. This absolute and unconditional payment obligation will not prejudice Client's ability to separately exercise any rights it may have to make any claim against IBM in accordance with the terms of this SOW or the Agreement.

e.  Late Payment:

If any amount of EPP Charges is not paid on or before its payment due date, then Client shall pay two percent (2%) of the unpaid amount for each month or part thereof from the payment due date until the date paid or, if less, the maximum allowed by law.

f.  Termination/Default/Remedies:

These EPP terms shall expire twelve months following the date upon which this SOW has been signed by both Parties, but will be automatically extended for additional 12 month periods until the completion or termination of this SOW unless IBM provides Client a notice no less than 15 days prior to the annual anniversary of the date upon which this SOW has been signed by both Parties, that IBM does not intend to renew the EPP terms.

It shall be an "Event of Default" under this EPP if any of the following occurs:

(5)  Client fails to pay in full any amount under this SOW when the payment is due;

(6)  any guarantee of Client's obligations or other credit enhancement for this SOW ceases to be in full force and effect (or is asserted by the provider of such guarantee or credit enhancement ("Guarantor") not to be in full force and effect);

(7)  (i) any petition or proceeding is filed by or against Client or any Guarantor under any bankruptcy, insolvency, receivership or similar law, or (ii) Client or any Guarantor admits in writing its insolvency or inability to pay its debts as they come due;

(8)  Client or Guarantor or its directors or stockholders takes any action in connection with its dissolution, liquidation or the winding up of its affairs, including, without limitation, ceases doing business, or sells or disposes of all or substantially all its assets.

If any Event of Default occurs, then IBM may take any or all of the following actions:

(1)  terminate this EPP;

(2)  require Client to immediately pay all outstanding amounts under this EPP (including late charges, attorney fees and other expenses) in a lump sum;

(3)  not provide any extended payment terms with regard to any portion of Services invoices arising under this SOW;

(4)  suspend the provision of Services;

provided that, in the event of an Event of Default described in clause (3) of the definition of Event of Default, this EPP shall automatically terminate and all outstanding amounts under this EPP shall automatically become immediately payable without notice.

g.  Assignment

IBM intends to assign all or a portion of its rights, title and interest in the EPP Charges to an assignee. Client agrees not to assert against any assignee any set-offs, counterclaims or defenses Client may have against IBM under the Agreement or SOW. Client may not assign any of its rights or obligations under this EPP without the prior written consent of IBM. Notwithstanding any confidentiality obligations that IBM has to Client, Client agrees that for purposes of any such assignment IBM may disclose the terms of this SOW and any related agreements to any subsidiary

Connection and IBM Confidential

of IBM that may become an assignee of all or a portion of IBM's rights, title and interest in the EPP Charges.

Neither IBM, nor any other IBM organization or affiliate makes any representation whatsoever regarding Client's accounting treatment applicable to this SOW, the Agreement or EPP. International Business Machines Corporation accounts for EPP Charges as financing receivables for US reporting purposes.

h.    Effects of EPP Termination or Non-renewal

In the event this EPP is terminated or not renewed, invoices issued by IBM following the date of termination or non-renewal shall be due upon receipt and payable within 30 days, and IBM reserves the right, with respect to any such invoice not paid within 30 days, to suspend the provision of Services and to charge interest on amounts overdue.  This paragraph f. shall survive any EPP termination or non-renewal.

Connection will be billed actual travel and living costs (including transportation and lodging, and per diem meal expenses) not to exceed 15% of professional services charges.  Connection has the right to audit any charges, with reasonable prior notice.

Under this SOW, payment of IBM invoices will not require Connection purchase orders.

IBM personnel who provide or are expected to provide Services from a location that is not their primary work location may be subject to increased taxes, including U.S. federal, state, social and local taxes. For such personnel, Connection will be responsible for, and will pay, the increased expenses related to federal, state, social and local tax provided by IBM to the affected IBM personnel, as well as any increased tax and compliance costs incurred by IBM personnel. In the case of such work assignments at a single work location for more than one year, IBM will, if requested by Connection, manage the length of these assignments to minimize the amount of such increased tax liabilities, which may involve the removal of such personnel from this non-primary work location prior to the one year anniversary. IBM will inform Connection in advance if such personnel will be removed from the non-primary work location. Alternatively, IBM will not remove such personnel if, within 5 days of Connection being so informed, Connection agrees in writing to reimburse IBM for the amounts payable to cover such increased tax liabilities. Application of tax law affecting IBM's personnel will be determined by IBM.  All changes to a different work location for all consultants will be mutually agreed to between Connection and IBM.

Connection shall reimburse IBM for any increased tax and compliance costs incurred by IBM personnel or by IBM on account of IBM personnel performing services in a country other than the one in which they are based.  All transactions shall occur in the U.S.

This is a multi-phase SOW. Prior to beginning a subsequent phase; IBM and Connection may reassess and potentially adjust the scope, schedule, and charges of that subsequent phase or phases in this SOW, processed through Appendix B-1 Project Change Control Procedure.

## 2.9    Additional Terms and Conditions

## Termination

Connection may, at any time and for any reason, terminate for its convenience all or any portion of any Statement of Work, without cause, at any time, by providing IBM with at least ten (10) days' prior written notice thereof. In the event of such a termination by Connection. IBM shall be entitled to payment only for the properly performed and accepted Services IBM provides and Products IBM delivers through termination. IBM shall not have any right to terminate this SOW or withdraw any Services, except upon Connection's material breach or default under this SOW as provided below.

Either party may terminate this SOW by providing written notice thereof in the event that the other party materially breaches the terms of this SOW and fails to cure such breach within thirty (30) days after receiving written notice from the non-breaching party reasonably describing such breach.

Upon termination of this SOW, each party shall promptly return to the other party (or, if so directed by the other party, destroy), any confidential information of the other party to which such party does not have ongoing or continuing rights hereunder. IBM shall reasonably cooperate with Connection after termination and promptly provide such assistance as reasonably requested by Connection on a time and materials basis at the rates and prices specified in this SOW. Such requested assistance may include, but shall not be limited to, the orderly transition of the Services to another vendor, or to Connection, to complete any incomplete Services or Deliverables.

## Economic Monetary Union (EMU)

IBM is not providing any Economic and Monetary Union ("EMU") services under this SOW. IBM Product Specifications specify the EMU readiness of the IBM Products. IBM does not make any representations regarding the EMU readiness of the non-IBM products. Under the terms of this SOW, IBM is not responsible for: (1) Connection's products, or (2) a third party's products (including products Connection licenses from IBM subcontractors), (collectively "Other Products") to correctly process monetary data in the Euro denomination. Connection acknowledges that it is responsible for assessing its current systems and taking appropriate action to migrate to Euro-ready systems.

## Regulatory Services

IBM does not operate as a provider of services regulated by the Federal Communications Commission (FCC) or state regulatory authorities (State Regulators), and does not intend to provide any services which are regulated by the FCC or State Regulators. If the FCC or any State Regulator imposes regulatory requirements or obligations on any services provided by IBM hereunder, IBM may change the way in which such services are provided to Connection to avoid the application of such requirements or obligations to IBM (e.g., by acting as Connection's agent for acquiring such services from a third party common carrier.)

## Information Security

In addition to the Connection and IBM (the "Parties") obligations under this SOW and the Agreement, the following provisions apply in the event that one Party makes Sensitive Personal Information and/or Business Sensitive Information available to the other, which the providing Party agrees are appropriate security measures to protect the information:

"Sensitive Personal Information" (SPI) refers to an individual's name in conjunction with that individual's social security number, driver license number, state identification number, medical information, date of birth, electronic signature or mother's maiden name.  "Business Sensitive Information" (BSI) refers to information the parties agree is due special handling as a result of its content and which is marked as "sensitive" by the owning Party.

- Connection will identify PI, SPI and/or BSI to be used, accessed, processed and/or transferred by IBM in performing the Services.

- The Parties will agree in advance prior to providing the other any SPI or BSI.

- If the Party providing the SPI or BSI requires additional security measures beyond those specified in this SOW and the Agreement, the Parties will mutually agree to them pursuant to the Project Change Control Procedure in Appendix B-1. These security measures will be set forth in an additional Appendix. For example the providing party may require that "real" or "live" SPI will be masked, scrambled or otherwise de-identified to mitigate risks in providing this information to the other Party.

Connection and IBM Confidential

- Each Party agrees not to use or disclose SPI and/or BSI other than as permitted or required by this SOW and the Agreement or as required by laws and regulations ("Laws").

- Each Party agrees to implement the security measures specified in this SOW and the Agreement, and security measures agreed pursuant to b., above, if any, which the Party providing the information has determined are appropriate security measures to protect their information.

- Each Party agrees to communicate, manage and mitigate risk by implementing the security measures to protect SPI and/or BSI specified in this SOW and the Agreement. Additional or different services will be deemed a request for new services and managed through the Project Change Control Procedure in Appendix B-1.

- Each Party agrees to inform the other of cases where it learns that an unauthorized third party has accessed or acquired the other Party's SPI or BSI.

- Each Party agrees that prior to providing any agent, including a subcontractor, SPI or BSI received from the other Party, the disclosing Party will enter an agreement with the agent containing the same restrictions and conditions that apply to this SOW and the Agreement.

- Each Party agrees to promptly return to the other or destroy all SPI and/or BSI belonging to the other Party which is no longer necessary to fulfill the purpose(s) for which it was made available, unless otherwise instructed by the other Party or as required by Laws.

## Open Source Software

Open Source Software ("OSS") that IBM may install, update, access or otherwise use for Connection under this SOW is licensed and distributed to Connection by the OSS distributors and/or respective copyright or other right holders under their terms and conditions.  IBM is not a licensee, licensor or distributor of such OSS, and performs the work described in this SOW on Connection's behalf. IBM grants no express or implied patent or other license with respect to such OSS.  IBM is not liable for any damages arising out of the use of OSS.  Any modification or creation of derivative works of any OSS is outside the scope of this SOW. IBM shall not install, update, access or otherwise use any OSS for Connection or under this SOW without the express prior written approval of Connection. In the event IBM does install, update, access or otherwise use any OSS for Connection or under this SOW, without Connection's written approval, IBM shall indemnify, defend and hold harmless Connection from any and all claims, liabilities, costs and expenses of any nature arising from or relating to such OSS.

## IBM Representations, Warranties and Covenants

1. IBM warrants and covenants that it has had sufficient opportunity to analyze Connection's needs and requirements with respect to the the Services and Deliverables, and to determine the personnel and material resources that IBM shall need to provide, and the processes and procedures that it shall need to employ and follow, in its performance under this SOW; (b) it is capable in all material respects of providing the Services and Deliverables, and of performing all of its obligations under this SOW; (c) it understands the nature, location, and scope of Services to be performed hereunder; and (d) it has received answers to any questions that it has presented to Connection regarding Connection's needs and requirements.

2. IBM warrants and covenants that there is no outstanding or currently pending or threatened litigation, arbitrated matter, or other dispute to which IBM is a party, that, if decided unfavorably to IBM, would reasonably be expected to have a potential or actual material adverse effect on IBM's ability to fulfill its obligations hereunder, and that IBM knows of no basis that might give rise to any such litigation, arbitration, or other dispute in the foreseeable future.

3. IBM warrants and covenants that the Services shall be performed and completed, and the Deliverables and Work Product prepared and provided:  (a) in a timely, professional, workperson-like manner; (b) by competent and skilled personnel who, when first assigned by IBM to perform Services hereunder, shall be appropriately qualified and experienced for the performance of Services to which assigned; and (c) in

accordance with this SOW, in compliance with laws applicable to IBM as a provider of information technology services, and in accordance with the professional practices and standards adhered to by large internationally recognized providers of IT consulting services.

4.   IBM warrants and covenants that the Deliverables and Work Product prepared for, and provided by or on behalf of IBM to, Connection, and the results of Services performed by IBM hereunder, shall:  (a) be free of material or frequent errors or defects; (b) conform to the applicable specifications and other requirements of this SOW; (c) perform in accordance with the applicable documentation.

5.   At time of acceptance, IBM warrants that the Services and the Deliverables, and all other data, software, documentation, and other materials prepared, developed, or provided by IBM in connection with performance under this Agreement, shall not contain, or result in the creation or insertion of, any virus, timer, clock, counter, time-lock, time-bomb, or other limiting design, instruction, or routine that would erase data or programming or cause any of the foregoing materials or any portion thereof, or any other software, hardware, equipment, or data, to become inoperable or otherwise become incapable of being used in the full manner for which designed, intended, and created (a "**Disabling Device**").  IBM further warrants:  (a) that it shall consistently employ industry standard practices to identify and screen for Disabling Devices in materials and resources utilized by IBM in connection with this agreement; (b) that it shall not knowingly or intentionally install any Disabling Device in materials and resources utilized by IBM or Connection in connection herewith; and (c) that it shall promptly assist Connection, at IBM's expense, in reducing and mitigating the effects of any Disabling Device discovered in any materials or resources in breach of this section.

6.   Reserved

7.   IBM warrants and covenants that:  (a) all documentation and related materials produced or provided by IBM to Connection concerning the Services, the Deliverables, or the Work Product shall be accurate and complete.

8.   IBM shall indemnify, defend, and hold harmless Connection, its Affiliates, and their respective officers, directors, employees and agents, from and against any and all actual or threatened losses, liabilities, damages, and claims, and all related costs and expenses (including reasonable attorney's fees), arising from:  (a) any claim by a third party alleging bodily injury, death, or property damage, to the extent IBM (or any personnel or representatives of IBM) is legally liable; (b) any breach by IBM of this Agreement or any; or (c) any breach by IBM of any confidentiality, privacy, or security obligations under this Agreement.

9.   Connection shall be, for all purposes hereof and as between IBM and Connection, the sole and exclusive owner of any information or data created, provided or used in connection with IBM's Services hereunder, including, but not limited to all proprietary data, information and records, all internal financial information and projections, and all billing, pricing, personnel, salary, and insurance information, of or relating to Connection and its Affiliates (collectively, "**Connection's Data**").  Connection's Data shall constitute confidential information of Connection's. Connection grants to IBM a limited, personal, non-exclusive, non-transferable, and non-assignable license to use, copy, store, and maintain Connection's Data during the Term, solely to the extent necessary for IBM to perform its obligations under this Agreement. Except as expressly provided herein and as necessary to perform the Services hereunder, IBM and its employees, agents and subcontractors shall not have any rights in or to, and may not use, Connection's Data (in any form) or any information derived from or in connection with Connection's Data.

10.   IBM shall not use Connection's name, logo, or project description in press releases or other marketing material or publicity of any kind, without the prior written consent of Connection.

11.   Neither party shall assign this Agreement without prior written consent of the other party.

Connection and IBM Confidential

12. IBM shall not use any equipment, facilities, materials, supplies, or other tangible or intangible property of any third party that could give rise to any claims by any such third party of ownership of or rights to Work Product used or produced hereunder or included in any Deliverables, unless IBM shall have expressly obtained Connection's prior written approval therefor. For any breach of this section, the sole remedy is the intellectual property indemnity set forth in Section 1.6 of the IBM Customer Agreement.

13. IBM may have pre-existing property rights in certain materials that IBM uses in providing Services and Deliverables hereunder ("IBM Property"). In the event that any IBM Property is necessary for Connection to fully utilize, and enjoy all the benefits of, the Services, the Deliverables, and the Work Product, IBM hereby grants to Connection a perpetual, fully-paid, royalty-free, worldwide, non-exclusive license to use, reproduce, redistribute and modify such IBM Property (as long as it is subject to the payment obligations under this SOW and it remains embedded in the Deliverable).

14. IBM shall at all times, and shall cause its personnel and subcontractors, the employees of any such subcontractors, and all other agents and representatives of IBM to, at all times, comply with and abide by all policies and procedures of Connection (as such may exist or be revised or established by Connection from time to time) that reasonably pertain to IBM or IBM's performance hereunder, including all such policies that pertain to conduct on Connection's premises, use or possession of contraband, or the access to, or security and confidentiality of, Connection's information technology, data, or resources, or related systems, networks, equipment, property, or facilities. Written copies of such policies and procedures shall be provided or otherwise made available to IBM by Connection from time to time upon request. IBM shall promptly and fully cooperate with Connection in ensuring IBM's compliance with the policies and procedures described herein, and any violations or disregard of such policies or procedures shall, in addition to all other available rights and remedies of Connection, be cause for denial of access or use by the applicable personnel to Connection's information systems, networks, equipment, property, and facilities.

## 2.     Signature Acceptance

This SOW, its Appendices and the Agreement (or any equivalent agreement in effect between the parties) identified below, are the complete agreement regarding Services, and replace any prior oral or written communications, representations, undertakings, warranties, promises, covenants, and commitments between Connection and IBM regarding the Services. In entering into this SOW, neither party is relying upon any representation that is not specified in this SOW or the Agreement. Additional or different terms in any written communication from Connection (such as a purchase order) are void.  Each party agrees that no modifications have been made to this SOW.

Each party accepts the terms of this SOW by signing this SOW (or another document that incorporates it by reference) by hand or, where recognized by law, electronically.  Once signed, please return a copy of this document to the IBM address shown below. Any reproduction of this SOW made by reliable means (for example, electronic image, photocopy, or facsimile) is considered an original and all Services and Products ordered under this SOW are subject to it.

IBM agrees to provide the Services described in this SOW provided PC Connection, Inc. d/b/a Connection accepts this SOW, without modification, by signing in the space provided below on or before August 7, 2017.

| Agreed to: | Agreed to: |
|---|---|
| PC Connection, Inc. d/b/a Connection, Inc. | International Business Machines Corporation<br>Global Business Services |

Connection and IBM Confidential

| By: | By: |
|---|---|
| Authorized signature | Authorized signature |
| | |
| Date: | Date: |
| Customer number: | IBM Customer Agreement for Service dated January 25,2011 |
| Connection address:<br>730 Milford Rd, Merrimack NH | IBM Office Address: |
| Project Name: JDE E1 Implementation | |
| Estimated Start Date: 8/7/2017 | |
| Estimated End Date: 11/30/2018 | |

Connection and IBM Confidential

# Appendix A: Deliverable Materials

Below is a list of the Deliverable Materials that are subject to the B-2 Deliverable Material Acceptance Procedure in Appendix B.

## A - 1: Weekly Status Reports

**Purpose**: The Purpose of the Status Report is to provide weekly support activities status to Connection Stake holders and participants relative to the activities performed by IBM.

**Content**: The content of the Status report will:
- Services activities during the preceding period;
- Summary of requested changes to the System made during the previous period;
- Summary of open project risks;
- Project Financials; and
- Status of open issues/ disposition of closed issues.

**Delivery**: IBM will deliver a copy of this document in format electronically.

## A – 2: Project Plan

**Purpose**: The purpose of the project plan is to provide a comprehensive view of the project tasks, timelines, work products and resource assignments for the project.  The PMO owns the project plan.

**Content**: This document will consist of a listing of the following:

- Tasks for each phase and work stream with estimated start and End dates
- Resource Assignments
- Milestone Dates
- Dependencies across phases and/or other non JDE work streams identified

**Delivery**: IBM will deliver one copy of this document in electronic format with periodic revisions.

## A – 3: PMO and Governance Framework

**Purpose**: The purpose of the PMO and Governance is to provide the foundation on which the project will be executed.  The PMO framework will establish the rules of engagement that will govern members, activities and decision making.

**Content**: This document(s) will consist of a listing of the following:

- Project Organization Chart which delineates roles and responsibilities of each entity in the Project structure;
- Procedures, protocols and repositories for project documentation;
- Process to be followed to amend or otherwise change the agreed upon scope of the project;
- Process for tracking and managing issues and risks;
- Communication Cadence and Protocols
- Tools and approach for project planning, execution and milestone tracking
- Cadence and protocols for regular status reporting;
- Hi-Level Change Management Plan

**Delivery**: IBM will deliver one copy of this document(s) in electronic format with periodic revisions.

## A - 4: Design Workshop Document(s)/Solution Blueprint

**Purpose**: The purpose of the deliverable is to document the decisions made and the future state set up, configuration, and RICE requirements to support a given process area.  The Solution Blueprint provides the foundation on which the business solution, including processes, systems, and organization will be built, integrated, and delivered.  It serves as the blueprint for the Build Phase and includes configuration decisions, and any identified gap/fit areas that need further resolution during the build phase.  It also serves as an early framework for change management and training. A Design Workshop document will be made for each workshop or a combination of workshops to cover a functional area and will include the following as appropriate:

**Content**: This document(s) will consist of the following:
- Future state process flows
- Set up and configuration details
- Identified Data modification details
- Identified RICE development and/or retrofit requirements
- Identified gap/fit areas for further review and disposition

**Delivery**: IBM will deliver one copy of each Design document per workshop in electronic format with one revision after review.

## A - 5: Design Phase Checkpoint

**Purpose**: The purpose of the Design Checkpoint it to verify project assumptions against remaining timeline, financials and resource planning. Based on design workshops, it will review estimates and team assignments based on a deeper understanding of the level of effort and degree of gap/fit against the original scope assumptions.  Adjustments to JDE software module and/or process scope, RICE technical approach or scope, and 3rd party software solutions will be considered and impact to project timeline, financials or staffing determined.  If appropriate, a revised estimate will be developed for review and approval.

**Content**: The Design Phase Checkpoint will include:
- Review of Gap/Fit process areas against vanilla software and business requirements
- Review of software scope
- Review of RICE assumptions
- Review Integration tough-points to verify strategy, approach, level of effort and resources
- Review assumptions regarding 3rd party solutions and candidates for retention, replacement and/or upgrade
- Development of revised estimates if appropriate

**Delivery**: IBM will deliver one copy of the Design Phase checkpoint in electronic format.

## A – 6: RICE Technical Scorecard (Reports, Interface, Conversions, and Enhancements)

**Purpose:** The purpose of the RICE Log is to identify and formally document the Workflows, Forms, Reports, Interfaces, Conversions and Enhancements/Extensions that must be developed or retrofitted during the project. This scorecard till track all work activity for each technical component from Functional Spec, Technical Spec, Coding, to Unit Test.  This document will be updated at project end to show the final listing of all objects included in the integration.

**Content**: This document will consist of a listing of the RICE, categorized by:
- RICE ID
- RICE Type
- Business process area
- Description of RICE
- Complexity

Connection and IBM Confidential

- Level of effort
- Resource assignment
- Due dates across the life cycle of the RICE component

**Delivery**: IBM will deliver one copy of this document in electronic format with weekly updates to support project status reporting.

## A – 7: Data Conversion Strategy and Approach

**Purpose**: The Purpose of the Data Conversion Strategy document is to define the methods, tool and approach to be used as well as the scope of the Data Conversion effort.  Through a Data Conversion Design Workshop and subsequent discussion, it will include a definition of the work tasks, resources and tools to extract, transform and load data from JDE and other legacy systems as required into the single instance of JDE 9.2.

**Content**: The content of the Data Conversion Strategy and Approach will include:
- Overview of data conversion approach
- Overview of the use of Z tables and Y tables
- Overview of X-reference table process
- Identification of all tables to be converted from JDE World to JDE E1 9.2
- Identification of all data to be converted from non-JDE to JDE E1 9.2
- Identification and strategy for custom tables
- Identification of data cleanup and ownership to develop plan and execute
- Summary of open risks and /or business decisions
- Plan for tracking Data conversion related issues
- Identification of key Data Conversion milestones to support the Project Team activities
- Establishment of JDE E1 environments for data conversion work and iterations;
- Identification of Data Conversion team resources.

**Delivery:** IBM will deliver a copy of this document in format electronically

## A – 8: System Integration Test Plan

**Purpose:** The System Integration Test Plan identifies the scope of testing for a given level of testing, functions/features to be tested, the testing activities to be performed, the personnel responsible for each task, and the business and technical risks that can be addressed through that level of testing. This deliverable provides the framework within which the team performing the testing will work for the given schedule.  The Test Plan will outline the process for testing across entire Integration system, including both the testing performed by IBM and the detailed testing to be performed by Connection.

**Content**: This document includes the following work products:

- List of Integration Scenarios by process team with Scenario Owners
- List of detailed test scripts within each Test Scenario
- Testing Logistics
- Identification of key roles
- Protocols for daily status meetings
- Protocols for testing defect tracking, reporting and resolution
- Systems Integration Test Plan and Schedule for each Iteration

**Delivery**: IBM will deliver one copy of this deliverable in electronic format with revisions after each SIT test.

## A - 9: System and Integration Test (SIT) Results

**Purpose**: The System and Integration Test (SIT) result will document the execution result of each of SIT test scripts described in the Test Plan for each testing cycle.

**Content**: The SIT result will document

- Overall testing metrics by business team
- Input and output to each SIT test script;
- Defects and issues identified, resolved and open;
- Disposition plan for each open issue; and
- Whether the SIT scripts executed passed or failed.

**Delivery**: IBM will deliver one copy of this document per SIT cycle in softcopy format in Microsoft Excel for each SIT test script described in the Test Plan with weekly updates during each SIT cycle.

## A-10: Issue and Defect Resolution Log

**Purpose**: The Issue and Defect Resolution Log helps the project team monitor issues to closure. An issue is documented in the log and assigned to a team member for follow through to resolution. Issues that are significant will have detailed issue resolution prepared; this document will provide context for the recommended action to resolve issues. This deliverable will be created during the initial phase of the project and will be kept updated as needed throughout the project.

**Content**: Key content of the document will include:

- A numbering of the issues identified during the project from Design through Stabilization;
- Detailed description of the issue identified, and the identifier of the issue and a classification of issues and defects into criticality level;
- An assignment of the issues to an owner within IBM, Connection or third party along with an acceptable resolution timeline; and
- Documentation of an agreed upon resolution or cure of the issue/defect.

**Delivery**: IBM will maintain and update this document weekly through the Stabilization Period, in softcopy format.

## A - 11: Entry/Exit Criteria Document

**Purpose:** The production Entry/Exit Criteria document is to assess the readiness of the project to advance through a significant stage gate in the project timeline by assessment key work streams and deliverables with a scored rating.  The Entry/Exit Criteria shall be mutually determined by the Connection and IBM Project Managers.  The Entry/Exit assessment will be done when the project is ready to transition to the testing environment for a formal Integration System Test.  It will be re-executed at each iteration of Integration System Testing.  IBM will prepare the document and facilitates its review across the project leadership team.

**Content:** The Entry/Exist Document will include:

- Detailed components to be assessed grouped by categories: System/Environment, Testing Logistics, Testing Completed, Data Conversion, Interfaces, Open Issues remaining, Test Schedule, and Test Packets ready
- Columns to "score/rate" each component with totals to denote overall Entry Criteria met
- Comments to denote exceptions with planned date to complete (ie, Interface exception, etc.)

**Delivery**: IBM will deliver one copy of this document and update during each SIT cycle in softcopy format in MS Excel.

Connection and IBM Confidential

## A - 12: Cutover Plan

**Purpose**: The purpose of the Cutover Plan is to document the activities required to successfully execute the Go Live event.  A separate Cutover plan will be developed for each wave of deployment.  The cutover plan is a detailed set of tasks with resources, time estimates and dependencies, milestones, and checkpoints. It includes the detailed sequence of data conversion components, data validation tasks, as well as business activities related to cutover such as batch completions, financial close, manual tasks, etc.  It also includes all cutover tasks related to 3rd party conversions, integrations, and/or manual tasks.

**Content**: This document includes:

- Detailed data conversion steps
- Detailed list of any data grooms (SQL's etc)
- Detailed data validation tasks
- Interface remapping to cutover environment
- Manual tasks to be executed
- Cutover Task Description & Assignment of Resources
- Target Start and End Dates/Times or "run times" for conversion programs
- Dependencies/sequence of tasks
- Smoke testing of environment to determine readiness to execute transactions

**Delivery:** IBM will deliver one copy of this deliverable in electronic format with revisions after each SIT test and/or practice Cutover event.


## A - 13: Go Live Readiness Assessment Document

**Purpose**: Go Live Readiness Assessment document will be developed to assess the readiness of the migrated solution to be deployed into a production environment. The Go Live Readiness Assessment document will comprise of System Readiness, Technical/Data Readiness, Application Readiness and Organizational Readiness for Connection to deploy the migrated and tested solution to the new production environment.

The Go Live Readiness Assessment Document describes the readiness of system, process and organization readiness to move to the new production environment. This document in conjunction with the Entry/exit Criteria document will be used to assess the readiness of the developed solution to be migrated to Production.

**Content**: The Readiness Control document consists of the following key components:

- System readiness: Hardware, Software, Security, Infrastructure;
- Technical readiness: Enhancements, Interfaces, Reports, Data;
- Application Readiness: Testing of the Application;
- Organization: Training, Readiness of the Organization to accept the to be deployed solution; and
- Collective Scoring Metrics with Executive Sign-Off.

**Delivery**: IBM will deliver a copy of this document electronically during SIT 3 with revisions as needed prior to Go Live.

## A - 14: Hypercare Plan

**Purpose**: IBM will create and maintain a Hypercare Plan for the project.  The Hypercare Plan will outline the Hypercare that will be provided during the Integration Project.

**Content:** This document will include a listing of the following:

- Status and Issue cadence call protocols
- Update to issues tracking, management and resolution processes
- Resource assignments
- Key Hypercare Milestones (1st M/E close, etc)
- Hypercare Completion Criteria
- Resource Assignments

**Delivery**: IBM will deliver one copy of this document in electronic format with bi-weekly revisions beginning in the SIT 2 time frame.

## A-15: Change Management Plan

**Purpose**: The purpose of the Change Management Plan is to provide a document that describes how an organization will approach the change process and address expected organizational impacts. This Plan summarizes and defines the overall approach that an organization can take to implement its new capabilities as well as its required direction.

**Content:** This document will include the following:

- Key Business Process Changes
- Provide a framework for communicating key process changes as input to training plan
- Identify key stakeholders and Change Management Champions
- Establish a Project Communication Plan with Stakeholders and User community
- Identify and Define key change management events, such as Town Halls, etc.

**Delivery**: IBM will deliver one copy of this document in electronic format.

## A - 16: Closure Report

**Purpose**: The purpose of the Closure Report is to provide a summary of the deliverables that have been produced in accordance with the activities defined within this contract.

**Content**: This document includes:

- Summary of Deliverables completed against Appendix X in the SOW
- Summary of Hypercare Completion Criteria
- Summary of final Project Financials

**Delivery**: IBM will deliver one copy of this document in electronic format with one revision after review during the Hypercare Period.

# Appendix B: Project Procedures

## B-1 Project Change Control Procedure

The following process will be followed if a change to this SOW is required:

- A Project Change Request ("PCR") will be the vehicle for communicating change. The PCR must describe the change, the rationale for the change and the effect the change will have on the project.
- The designated Project Manager of the requesting party will review the proposed change and determine whether to submit the request to the other party
- Both Project Managers will review the proposed change and agree to implement it, recommend it for further investigation, or reject it.
- IBM will specify any charges for such investigation. A PCR must be signed by authorized representatives from both parties to authorize investigation of the recommended changes. IBM will invoice Connection for any such charges per the terms of this SOW and the Agreement. The investigation will determine the effect that the implementation of the PCR will have on price, schedule and other terms and conditions of this SOW and the Agreement
- A PCR must be signed by authorized representatives from both parties to authorize implementation of any agreed changes to the SOW and the Agreement. Until a change is agreed in writing, both parties will continue to act in accordance with the latest agreed version of the SOW.
- A PCR that has been signed by authorized representatives from both parties constitutes a change authorization for purposes of this SOW and the Agreement.

## B-2 Deliverable Materials Acceptance Procedure

Except for Status Reports and Baseline Work Plan each deliverable Material as defined in Appendix A - Deliverable Materials Guidelines and in section 2.3 will be reviewed and accepted in accordance with the following procedure:

- One (1) printed draft of the deliverable Material will be submitted to the Connection Project Manager. It is the Connection Project Manager's responsibility to make and distribute additional copies to any other reviewers
- Material is deemed accepted upon IBM's receipt of written notice from Customer or Customer makes productive use of the Materials, or the material is considered rejected due to the Connection project manager providing IBM a written list of requested revisions to be completed and document resubmitted.
- The IBM Project Manager will consider Connection's timely request for revisions, if any, within the context of IBM's obligations as stated in Appendix A - Deliverable Materials
- Those Connection revisions agreed to by IBM will be made and the deliverable Material will be resubmitted to the Connection Project Manager, at which time the deliverable Material will be deemed accepted
- Those Connection revisions not agreed to by IBM will be managed in accordance with Appendix B-1 Project Change Control Procedure
- Any conflict arising from this deliverable Materials Acceptance Procedure will be addressed as specified in the Escalation Procedure set forth in Appendix B-3.

## B-3 Escalation Procedure

The following procedure will be followed if resolution is required to a conflict arising during the performance of this SOW.

- When a conflict arises between Connection and IBM, the project team member(s) will first strive to resolve the problem internally.

Connection and IBM Confidential

47

- Level 1: If the project team cannot resolve the conflict within two (2) working days, the Connection Project Manager and IBM Project Manager will meet to resolve the issue.

- Level 2: If the conflict is not resolved within three (3) working days after being escalated to Level 1, the Connection Executive Sponsor will meet with the IBM Project Executive to resolve the issue.

- If the conflict is resolved by either Level 1 or Level 2 intervention, the resolution will be addressed in accordance with the Project Change Control Procedure set forth in Appendix B-1

- If the conflict remains unresolved after Level 2 intervention, then either party may terminate this SOW. If the conflict is addressed by termination, Connection agrees to pay IBM as described in Section 2.8 Termination.● During any conflict resolution, IBM agrees to continue toprovide Services, to the extent practicable pending resolution of the conflict. Connection agrees to pay invoices not in dispute, per this SOW and the Agreement; provided the amount that may be withheld as in dispute at any given time may not exceed $550,000 ("Disputed Fees Cap"), with both parties understanding that Connection's payment of disputed fees in excess of the Disputed Fees Cap is in no way a waiver to any rights or remedies with respect to such dispute.

- Any changes to the SOW will require both parties to agree in writing and accompanied by a PCR (See Section B-1)

Connection and IBM Confidential

# Appendix C: Information Security Table of Roles and Responsibilities

For purposes of performance of this SOW, IBM and Connection will perform, per the Project Plan, the following responsibilities as indicated in the Information Security Table of Roles and Responsibilities in this Appendix.

| Control Area | INFORMATION SECURITY ROLES and RESPONSIBILITIES | IBM | Connection |
|---|---|---|---|
| | | | R = Responsibility |
| 1 | Security Policy | | |
| a | Determine appropriate information security policy requirements based on business objectives, assessment of risk, and interpretation of legal, regulatory and contractual obligations<br>Validate that the information security controls meet the Connection requirements driven by security policy and risk acceptance<br>Request exceptions to the base roles and responsibilities as defined in this GBS Information Security Table, as needed | | R |
| b | Notify IBM if Connection information security requirements change through Project Change Control Procedure as defined by the Statement of Work so that parties may assess if and how to implement, including impact to cost, scope or schedule | | R |
| c | Review the roles and responsibilities as defined by this Information Security Table periodically but at least every {18} months | | R |
| d | Provide Connection with this Information Security Table of Roles and Responsibilities which communicates IBM and Connection security controls for Connection's application development and maintenance services and any exceptions that govern the security management processes for IBM and Connection under the Agreement. | R | |
| e | Respond to exception or Project Change Requests from Connection and determine if such requests result in additional or modified information security roles and responsibilities, which will be managed through the Project Change Control Procedure as defined by this Statement of Work | R | |
| f | Review the Roles and Responsibilities as defined by this Information Security Table periodically but at least every {18} months with Connection | R | |
| 2 | Organization of Information Security | | |
| a | Designate a knowledgeable Connection focal point for information security related activities | | R |
| b | Provide contact information for the primary contact and for an authorized secondary contact | | R |
| c | Coordinate all information security activities with third parties other than those contracted by IBM | | R |
| d | Designate a knowledgeable IBM focal point for information security related activities including the following:<br>Interfacing with Connection on security requirements<br>Implementation of security requirements for which IBM is responsible in accordance with the negotiated and agreed to Roles and Responsibilities (as defined by this Information Security Table) | R | |
| e | Provide contact information for the primary contact and for an authorized secondary contact | R | |
| f | Coordinate security activities with third parties contracted by IBM (as defined by this Information Security Table of Roles and Responsibilities) | R | |
| 3 | Asset Management | | |

Connection and IBM Confidential

| | | | |
|---|---|---|---|
| a | Assign Connection business accountability for its information assets, including software, physical assets, and services | | R |
| b | Be responsible for identifying, providing and funding the appropriate information security controls and communicating relevant requirements to IBM for:<br>        Data transmitted via public telecommunications facilities or services;<br>        Transport of confidential information, personal information, sensitive personal information and business sensitive information (e.g. encryption, transport over secure lines); and<br>        Storing of confidential information, personal information, sensitive personal information and business sensitive information (e.g. encryption of data on portable media or other special handling/treatment) | | R |
| c | Address security requirements in the Statement of Work | | R |
| d | Identify and communicate to IBM any Connection data or information designated as confidential, business sensitive, personal and sensitive personal, that IBM will have access to.<br>        Identify and fund, if applicable, any special handling requirements for *Connection* confidential, business sensitive, personal or sensitive personal information that IBM will have access to. | | R |
| e | Comply with its obligations as data controller and inform IBM if these obligations include requirements for data processor related services provided by IBM | | R |
| f | Follow approved Project Change Control Procedure (defined in the Statement of Work) for security related changes | R | |
| g | Handle information identified by Connection as confidential, business sensitive, personal and sensitive personal in accordance with the following controls:<br>        On applications, protect Connection data by access controls as defined in the section entitled Access Control<br>        Store portable storage media containing Connection data in a physically controlled area in those locations where IBM has sole control of the media.<br>        When printed information is printed at IBM locations, keep printed information identified by Connection as confidential, business sensitive, personal and sensitive personal in a locked container or physically controlled area. | R | |
| 4 | Human Resources Security | | |
| a | Address information security in the hiring, termination and personnel management processes for Connection personnel | | R |
| b | Provide information security awareness training to Connection personnel and other Connection authorized network or system users | | R |
| c | Identify and provide to IBM any Connection-specific information security training required for IBM personnel | | R |
| d | Take appropriate management action if there is a misuse of authority by any Connection personnel | | R |
| e | Address information security in the hiring, termination and personnel management processes for IBM personnel | R | |
| f | Provide the current IBM information security education package to IBM employees | R | |
| g | Require annual review of IBM business conduct guidelines by IBM employees throughout the duration of this SOW | R | |
| h | Take appropriate management action if there is a misuse of an IBM employee's granted authorizations. | R | |
| 5 | Physical and Environmental Security | | |
| a | Perform workplace security inspections of Connection employees | | R |

Connection and IBM Confidential

| | | | |
|---|---|---|---|
| b | Secure work areas and restrict access from general public at Connection sites related to execution of this SOW | | R |
| c | Identify and provide to IBM any *Connection*-specific information security requirements for printing, storing and transmitting Connection information | | R |
| d | Define where IBM employees will work:<br>　　　　Define the work location for IBM employees<br>　　　Define remote or work at home options | | R |
| e | Supply anti-virus software for Connection supplied workstations | | R |
| f | Respond to virus attacks and initiate corrective action on *Connection* supplied workstations | | R |
| g | Provide and manage physical security of IBM owned workstations | R | |
| h | Perform workplace security inspections of IBM employees at IBM sites and Connection sites related to execution of this SOW | R | |
| i | Provide security for work areas and restrict access from general public at IBM sites related to execution of this SOW | R | |
| j | Supply and install IBM anti-virus software and upgrades for IBM supplied workstations | R | |
| k | Respond to virus attacks and initiate corrective action on IBM supplied workstations | R | |
| 6 | Access Control | | |
| a | Authorize and manage user IDs and passwords | | R |
| b | Define access control requirements and process and administer logical access for network infrastructure systems and devices under Connection management | | R |
| c | Define access control requirements and process and administer user ID's and passwords for Connection applications databases and other Connection software on systems across all application environments (development, test, production) | | R |
| d | Define revocation requirements and process, and administer revocation of accesses for Connection applications and systems warranted as a result of validation activities and when requested by IBM | | R |
| e | Define access control requirements and process for users with privileged access to Connection applications and systems across all environments (development, test, production) | | R |
| f | Be responsible for validating the employment status and business need for access to Connection applications and systems for Connection personnel | | R |
| g | Be responsible for implementing access changes based on input from IBM employment validation activities for IBM personnel | | R |
| h | Be responsible for validating the business need for access to Connection applications and systems for IBM personnel, annually | | R |
| i | Revalidate the list of privileges associated with assigned ID's and notify IBM of any changes required | | R |
| j | Review user access lists maintained by IBM and revalidate privileges annually | | R |
| k | Validate user ID baseline inventory and make updates based on IBM validation results<br>　　　　Connection evidence of completion for two iterations | | R |
| l | Define any encryption requirements and supply encryption tools to meet requirements | | R |
| m | Perform quarterly employment review of application user ID's assigned to IBM employees | R | |
| n | Submit request to revoke access to an application when IBM personnel no longer require access | R | |
| o | Maintain list of ID's with privileges and ID's with access to production environment for IBM employees | R | |

Connection and IBM Confidential

| | | | |
|---|---|---|---|
| p | Periodically revalidate privileges for ID's assigned to IBM personnel<br>Retain evidence for two iterations | R | |
| q | Periodically revalidate continued business need for access to development, test, production environments for ID's assigned to IBM personnel<br>Retain evidence for two iterations<br>Submit or notify Connection of any access changes needed as a result of validation activities | R | |
| r | ███████████████ | R | |
| s | Perform a baseline inventory of User ID's assigned to IBM personnel and communicate User ID baseline inventory to Connection for validation | R | |
| t | Adhere to Connection application encryption requirements using Connection provided encryption tools | R | |
| 7 | Information Security Incident Management | | |
| a | Provide a 24/7 contact plan for reporting security incidents<br>Inform IBM of any application and information security incidents involving IBM personnel<br>Provide a Connection security incident coordinator<br>Make decisions on actions to resolve security incidents involving Connection network, Connection systems, Connection personnel or Connection data, including, if appropriate, collection of evidence<br>Interface, as needed, with external entities such as law enforcement, legal or regulatory agencies | | R |
| b | Assist Connection in initial security incident evaluation for security incidents involving IBM personnel that are reported by Connection as part of Information Security Incident Management | R | |
| 8 | Compliance | | |
| a | Identify and interpret legal, regulatory or contractual information security requirements that are applicable to its business and inform IBM of any additional or changed requirements | | R |
| b | Review periodic security reporting | | R |
| c | Provide support for application assessments including Connection audit activities, issue management services and closure of issues after audit (Closure of issues impacting cost, schedule, quality may require that the Project Change Control Procedure be followed | R | |
| d | Provide periodic, basic security reporting as defined by IBM | R | |
| 9 | Separation of Duties | | |
| a | Perform application separation of duties analysis and conflict resolution | | R |
| b | Implement change management on separation of duties analysis | | R |
| c | Perform annual review of separation of duties analysis | | R |
| d | Authorize code promotions to production | | R |
| e | Inform Connection of IBM team member changes | R | |

Connection and IBM Confidential

# Appendix D: RICE Complexity Definitions

The following chart provides a guideline of the criteria for classifying the complexity levels for RICE development objects.

| Object Type | Complexity | Associated Attributes |
|---|---|---|
| Reports | Very Low | Report having some or all of the following characteristics:<br>Creation of 1 simple business view<br>Creation of 1 simple processing option<br>Creation of 1 simple report |
| Reports | Low | Report having some or all of the following characteristics:<br>Creation of <=10 Data Dictionary Items<br>Creation of 1 simple table<br>Creation of 1 simple business view<br>Creation of 1 simple processing option<br>Creation of 1 simple report |
| Reports | Medium | Report having some or all of the following characteristics:<br>Creation of 10-30 Data Dictionary Items<br>Creation of 1 medium table<br>Creation of 1 medium business view<br>Creation of 1 medium report |
| Reports | High | Report having some or all of the following characteristics:<br>Creation of >30 Data Dictionary Items<br>Creation of 1 medium/complex table<br>Creation of 1 medium/complex business view<br>Creation of 1 complex report |
| Interfaces / Conversions | Very Low | Interfaces/Conversions having some or all of the following characteristics:<br>Creation of nearly 50 Data Dictionary Items.<br>Creation of 1 simple table (Z table) in case of Inbound interface.<br>Creation of 1 simple business view.<br>Creation of 1 simple processing option.<br>Creation of 1 simple UBEs<br>Assumption – We will be having a vanilla Z table. We need to create one more Y table to store the records temporarily and an UBE to transfer from Z to Y |
| Interfaces / Conversions | Low | Interfaces having some or all of the following characteristics:<br>Creation of nearly 100 Data Dictionary Items<br>Creation of 1 medium table (Z table) in case of Inbound interface<br>Creation of 1 simple business view<br>Creation of 1 simple processing option<br>Creation of 2 simple UBEs including the error UBE<br>Assumption – We will standard interoperability processes. We need to create one more Y table to store the records temporarily and an UBE to transfer from Z to Y. |
| Interfaces / Conversions | Medium | Interfaces having some or all of the following characteristics:<br>Creation of nearly 250 Data Dictionary Items<br>Creation of:<br>1 simple table (Z table) in case of Inbound interface |

| Object Type | Complexity | Associated Attributes |
|---|---|---|
| | | 1 medium table (Y table) in case of Inbound interface/any other intermediate work-file |
| | | Creation of 2 simple business views |
| | | Creation of 2 simple Named Event Rules (OR equivalent to mapping of 2 Master Business Functions including small modification in one of them) |
| | | Creation of 2 simple UBEs including the error UBE, and 1 medium UBE (can be the Z Processor) |
| | | Assumptions – We need to create both Z and Y tables. The 2 UBEs are for loading data to Z and Y tables. The 3rd UBE acts as a processor to update records to final custom JDE table. This might be a complex customization to an existing Interoperability UBE which is copied into a new one. |
| Interfaces / Conversions | High | Interfaces having some or all of the following characteristics: |
| | | Creation of nearly 250 Data Dictionary Items |
| | | Creation of |
| | | 1 simple table (Z table) in case of Inbound interface |
| | | 1 medium table (Y table) in case of Inbound interface/any other intermediate work-file |
| | | Creation of 2 simple business views |
| | | Creation of 2 simple Named Event Rules (OR equivalent to mapping of 2 Master Business Functions including small modification in one of them) and 1 complex C BSFN modification e.g. to change approximately logic at multiple places OR equivalent to writing complex business logic only at few places |
| | | Creation of 2 simple UBEs including the error UBE, and 1 complex UBE (can be the Z Processor) |
| | | Assumptions – We need to create both Z and Y tables. The 2 UBEs are for loading data to Z and Y tables. The 3rd UBE acts as a processor to update records to final custom JDE table using complex logic. |
| Enhancements | Very Low | Applications having some or all of the following characteristics: |
| | | Creation of 1 simple business view. |
| | | Creation/Modification of 1 simple Grid form. (Find/Browse) |
| | | Creation of 3-4 simple Form/Row exits |
| | | Creation/Modification of 1 simple UBE. |
| | | Assumptions – User reserved fields in a vanilla table will now be used to store some data. For that the display as well as data-entry forms will undergo layout and logic changes |
| Enhancements | Low | Applications having some or all of the following characteristics: |
| | | Creation of 1 simple business view |
| | | Creation/Modification of 1 simple processing option |
| | | Creation/Modification of: |
| | | 1 simple GRID form. (Find/Browse) |
| | | 1 simple NO-GRID form |
| | | Creation of 3-4 simple Form/Row exits |
| | | Creation/Modification of 1 simple UBE |
| | | Assumptions – User reserved fields in a vanilla table will now be used to store some data. For that the display as well as data-entry forms will undergo layout and logic changes |
| Enhancements | Medium | Applications having some or all of the following characteristics: |
| | | Creation of 1 simple table |

Connection and IBM Confidential

| Object Type | Complexity | Associated Attributes |
|---|---|---|
| | | Creation of 1 simple business view |
| | | Creation of 1 Media Object Data Structure |
| | | Creation/Modification of 1 simple processing option |
| | | Creation/Modification of: |
| | | 1 simple GRID form (Find/Browse) |
| | | 2 simple NO-GRID forms 1 medium Grid form |
| | | Creation/Modification of nearly 10 simple Form/Row exits |
| | | Creation/Modification of 1 simple UBE |
| | | Modification of 1 Complex Business Function |
| | | Assumptions – Few fields to a vanilla table will be added or a new tag table will be created. Business View and forms will now be created/modified. 2 new forms need to be made. The data-entry form will be a header-less/Header-detail form. |
| Enhancements | High | Applications having some or all of the following characteristics: |
| | | Creation of: |
| | | 2 simple tables |
| | | 2 medium tables |
| | | Creation of: |
| | | 4 simple business views |
| | | Creation of nearly 2 Media Object Data Structure |
| | | Creation of 1 simple processing option |
| | | Creation/Modification of: |
| | | 2 simple GRID form (Find/Browse) |
| | | 2 medium GRID forms (Find/Browse & Header-less / Header-detail |
| | | 1 complex GRID form (Header-less detail / Header-detail |
| | | 1 simple NO-GRID form |
| | | Creation/Modification of nearly 15 simple Form/Row exits |
| | | Creation of: |
| | | 1 simple Business Functions |
| | | 1 medium Business Functions |
| | | 1 complex Business Function (This can be a modification of a Master Business Function to make it work as per Business needs) |
| | | Creation/Modification of 1 simple UBE |
| | | Assumptions – A small module could be created. |
| Interactive Applications | Low | Applications having some or all of the following characteristics: |
| | | Creation of 1 UDC |
| | | Creation of 1 simple table |
| | | Creation of 1 simple business view |
| | | Creation of 1 simple NO-GRID form |
| | | Creation of 1 simple GRID form |
| | | Assumptions – Creation of a master table and a populating it. |
| Interactive Applications | Medium | Applications having some or all of the following characteristics: |
| | | Creation of 1 UDC. Creation of 1 simple GRID form |
| | | Creation of 1 medium NO-GRID form |
| | | Assumptions – Creation of a transaction entry form to an existing table. |
| Interactive Applications | High | Applications having some or all of the following characteristics: |
| | | Creation of 1 complex processing option |

Connection and IBM Confidential

| Object Type | Complexity | Associated Attributes |
|---|---|---|
| | | Creation of 1 Media Object Data Structure |
| | | Creation of 1: |
| | | complex GRID form (Header-less detail / Header-detail) |
| | | complex NO-GRID form |
| | | Assumptions – Creation of a complex transaction entry form to an existing table. This can have complex outer joins in its existing business views. Can have multiple exit buttons. |
| Batch Applications | Low | Batch Applications having some or all of the following characteristics: |
| | | Creation of 1 simple business view |
| | | Creation of 1 simple processing option |
| | | Creation of 1 simple UBE |
| Batch Applications | Medium | Batch Applications having some or all of the following characteristics: |
| | | Creation of 1 medium business view |
| | | Creation of 1 medium processing option |
| | | Creation of 1 medium UBE |
| Batch Applications | High | Applications having some or all of the following characteristics: |
| | | Creation of 1 medium business view |
| | | Creation of 1 medium processing option |
| | | Creation of 1 complex UBE |
| | | Assumptions – UBE having complex logic/functionality of a complex Interactive Applications to be performed via a new UBE. The existing logic has to be determined and then the same has to be mapped to the UBE. |

Connection and IBM Confidential

## Appendix E: Extended Payment Plan - Letter of Acceptance

**To: International Business Machines Corporation**

**Re: IBM Invoice under Statement of Work *{xxxx}* ("SOW")**

IBM Customer Number: *{xxxx}*

LOA Reference Number:  *{xxxx}*

Customer Purchase Order Number: *{xxxx}*

Validity Date *{xx/xx/xxxx}*

Client, by signing and returning this Letter of Acceptance, represents and certifies that it has unconditionally accepted the invoice(s) specified herein, and agrees that the services referenced have been received and accepted, and agrees to the charges being put on an Extended Payment Plan to be paid in accordance with the payments detailed in the table below.

Payments are payable in accordance with the EPP terms in the SOW and this LOA.  IBM (or its assignee) will send a payment reminder to Client in advance of each payment due date.

| Invoice Number | Invoice Charge | First Installment Payment Amount (due the first day of the 3rd month following the signature date of this LOA) | Second Installment Payment Amount (due the first day of the 9th month following the signature date of this LOA) |
|---|---|---|---|
| *{xxxx}* | $ | $ | $ |
| *{xxxx}* | $ | $ | $ |
| Totals | $ | $ | $ |

Client's

**Agreed to:**

**{Client's Legal Name}**

By: _____
       Authorized signature

Name: _____
       (Type or print)

Title: _____

Date: _____

Connection and IBM Confidential