UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PC CONNECTION, INC. d/b/a CONNECTION )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PETER SILLICH )<br>)<br>Defendant. )<br>) | Civil Action No. 1:22-CV-00524-LM |

### NOTICE OF CONVENTIONAL FILING

Please take notice that Plaintiff PC Connection, Inc. d/b/a Connection ("Plaintiff") has on this day conventionally filed Exhibit A (5/7/2022 Readiness Assessment) to Plaintiff's Objection to Defendant's Motion to Dismiss. The exhibit has not been electronically filed because Plaintiff seeks to seal certain portions thereof as set forth more fully in Plaintiff's contemporaneously filed Motion to Seal Exhibit A to Plaintiff's Objection to Motion to Dismiss.

                                                        Respectfully submitted,

                                                        PC CONNECTION, INC.,
                                                        d/b/a CONNECTION

                                                        By its attorneys,

Dated: January 18, 2023                        /s/ *Christopher H.M. Carter*
                                                        Christopher H.M. Carter, Esq. (#12452)
                                                        Owen R. Graham, Esq. (#266701)
                                                        Hinckley, Allen & Snyder LLP
                                                         650 Elm Street, Suite 500
                                                         Manchester, NH 03101
                                                         Tel: (603) 225-4334
                                                         ccarter@hinckleyallen.com
                                                         ograham@hinckleyallen.com

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing exhibits were conventionally served upon Defendant's counsel of record:

> Rober R. Lucic, Esq.
> Bryanna K. Devonshire, Esq.
> Jonathan R. Voegele, Esq.
> Sheehan Phinney Bass & Green, P.A.
> 1000 Elm Street
> Manchester, New Hampshire 03105
>
> And
>
> Anne McClain Sidrys, Esq. (admitted Pro Hac Vice)
> Paul M. Cozzi, Esq. (admitted Pro Hac Vice)
> Kirkland & Ellis LLP
> 300 N LaSalle
> Chicago, IL  60654

                                                 /s/ *Christopher H. M. Carter*
                                                Christopher H.M. Carter